MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

ANDREW S. REILLY
ASSISTANT ATTORNEY GENERAL
CAPITAL LITIGATION SECTION
2005 N. CENTRAL AVENUE
PHOENIX, ARIZONA  85004-1580
TELEPHONE: (602) 542-4686
CADOCKET@AZAG.GOV
(STATE BAR NUMBER 029138)

ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Segoviano Almanza,<br><br>Petitioner,<br><br>-vs-<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | CV 15–02064–PHX–DLR (JFM)<br><br>**NOTICE OF SUPPLEMENTATION OF THE STATE-COURT RECORD** |

Respondents hereby supplement the relevant state-court record that was submitted with its limited answer. Various transcripts from Almanza's trial have been cited in these proceedings, but it does not appear that they have been presented to this Court. As a result, Respondents respectfully supplement the state-court record that is before this Court by attaching to this notice, as exhibits, the transcripts from Almanza's trial. Respondents will file any additional transcripts from the state-court record, if this Court deems it necessary. (*See* Dkt. 48, at 5.)

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 | DATED this 16th day of May, 2019. |
| 2 | Respectfully submitted, |
| 3 | Mark Brnovich<br>ATTORNEY GENERAL |
| 5 | Lacey Stover Gard<br>Chief Counsel |
| 7 | s/ Andrew S. Reilly<br>Assistant Attorney General |
| 8 | Attorneys for Respondents |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Jon M. Sands
Federal Public Defender
Dale A. Baich
Alexadra Hicks LeClair
Assistant Federal Public Defenders
850 West Adams St., Suite 201
Phoenix, AZ  85007
Dale_baich@fd.org
Alexandra_leclair@fd.org

Attorneys for Petitioner


s/ CIA


7889601