# EXHIBIT F

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| THE STATE OF ARIZONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR201103026 |
| ) | Appeal No. |
| FERNANDO SEGOVIANO ALMANZA, ) | 2 CA-CR 2014-0034 |
| ) | |
| Defendant. ) | |
| ) | |

Florence, Arizona
October 7, 2013
8:43 a.m.

BEFORE:  THE HONORABLE BOYD T. JOHNSON, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS
JURY TRIAL - DAY 5

COPY

Prepared for Appeal by:
MICHELLE L. WELLNER, CR, RPR
Certified Court Reporter #50742

```
 1                    A P P E A R A N C E S

 2   On Behalf of the State:

 3           MR. MATTHEW LONG
             MR. THOMAS KOHLER
 4           Deputy County Attorneys
             Pinal County, Arizona
 5

 6   On Behalf of the Defendant:

 7           MR. PAUL GREEN
             Attorney at Law
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

## I N D E X

2

3

## T E S T I M O N Y

4

WITNESS                                                              PAGE

5

SHARON WELCH
6      Direct Examination by Mr. Long                            6
      Voir Dire Examination by Mr. Green                       36
7      Direct Examination Continued by Mr. Long                 37
      Cross-Examination by Mr. Green                           43
8      Redirect Examination by Mr. Long                         50
      Jury Questions                                           54
9      Further Examination by Mr. Long                          55
      Further Examination by Mr. Green                         56

10

11

12

## E X H I B I T S   A D M I T T E D   I N T O   E V I D E N C E

13

14   NO.      DESCRIPTION                                         PAGE

15   103      SANE Diagram                                        37
    110      SANE Report                                         52
16   130      Copy of Body Diagram                                39

17

18

19

20

21

22

23

24

25

1               (The following proceedings were had outside

2    the presence and hearing of the jury.)

3               THE COURT:  Show we're on the record.  The

4    attorneys are present, the defendant, Mr. Almanza.  The

5    jury is not yet back.

6               It's that time of the morning when I like to

7    talk to the attorneys before the jury gets here.  They are

8    not scheduled yet for another 15 or 20 minutes.

9               Mr. Long, just to kind of recap things, you

10   have one more witness today?

11              MR. LONG:  Yes, sir.

12              THE COURT:  And then the State will rest?

13              MR. LONG:  Yes, sir.

14              THE COURT:  Mr. Green, have you made any

15   decisions about where you're headed?

16              MR. GREEN:  Your Honor, I'm in the middle of

17   a conversation right now with my client to make

18   determination as to which direction we go.

19              THE COURT:  Okay.

20              MR. GREEN:  I will continue that.

21              What I'd like to suggest I guess would be

22   that when we're done with the State's case that maybe we

23   take the morning break and allow for time --

24              THE COURT:  We'll do that.  It'll work

25   better for everybody.  And then if your client chooses not

1  to testify, I will want to have a dialogue with him,

2  colloquy, so to speak.

3              MR. GREEN:  Sure, your Honor.

4              THE COURT:  Anything you're aware of, Mr.

5  Long, you wanted to cover before we get the jury in?

6              MR. LONG:  The only thing I wanted to bring

7  is the State's request for 13-1421 hearing if the defense

8  intends to bring up any instance -- other instances of or

9  allegations of other sexual contact with the victim.

10             THE COURT:  Interesting.  Well, I guess

11  we'll find that out when you rest and he talks to his

12  client.  Other than that?  No.

13             Okay.  How about you?

14             MR. GREEN:  No, I have no issues at this

15  point, your Honor.

16             THE COURT:  Okay.  Well, that's nice.  That

17  gives us about 15 minutes.  If any of the attorneys want

18  to wander in there, there's some cookies for the jury, but

19  you need to get real quickly, but do not look at their

20  notebooks, but I think they're here in the courtroom.

21             Okay.  Anything else?  No.

22             (A short recess was taken.)

23             (The following proceedings were had in the

24  presence and hearing of the jury.)

25             THE COURT:  Have the record show the

1  presence of the jurors, the attorneys, the defendant, Mr.

2  Almanza.

3              And welcome back, ladies and gentlemen.

4              And let me check, is the State ready to

5  proceed, Mr. Long?

6              MR. LONG:  Yes, your Honor.  The State is

7  ready to proceed.

8              THE COURT:  And is the defense ready, Mr.

9  Green?

10             MR. GREEN:  Yes, your Honor.

11             THE COURT:  Thank you very much.

12             If you would, Mr. Long.

13             MR. LONG:  State calls Sharon Welch.

14             THE COURT:  Okay.  Thank you.

15             Ma'am, if you would, all the way forward,

16  please.  Right over here so we can get you sworn in.

17             (The witness was sworn.)

18             THE COURT:  Ma'am, please come on over and

19  have a seat.  Just kind of pull up and get comfortable.

20  That moves,  and you need to speak into, please.

21             Mr. Long?

22             MR. LONG:  Thank you, your Honor.

23                  SHARON WELCH,

24  called as a witness herein, having been first duly sworn,

25  was examined and testified as follows:

```
 1                    DIRECT EXAMINATION

 2   BY MR. LONG:

 3       Q.   Good morning, ma'am?

 4       A.   Good morning.

 5       Q.   Would you please introduce yourself to the jury?

 6       A.   My name is Sharon Welch.

 7       Q.   And what do you do for a living?

 8       A.   I'm a registered nurse.

 9       Q.   Where do you work?

10       A.   I work in several facilities in the city of

11   Tucson right now.

12       Q.   Do you have a particular specialty or area that

13   you focus in?

14       A.   My backgrounds are in specialties currently as

15   emergency medicine and trauma for both pediatric and

16   adult, as well as I independently contract and function as

17   a forensic nurse examiner.

18       Q.   What is a forensic nurse examiner?

19       A.   A forensic nurse examiner provides a

20   comprehensive medical and forensic exam for any patient

21   reporting of having been sexually assaulted.

22       Q.   Could you take us through just a little bit of

23   your education that qualifies you to do the work that you

24   do?

25       A.   My background began in patient care in 1976
```

1  functioning as a nursing assistant.  I progressed on from

2  there and went to training, became a medic with the fire

3  department in the state of Wisconsin, functioned in that

4  capacity.  I worked in the hospital, in the local hospital

5  facility providing care for inpatient for psychiatric as

6  well as alcohol and drug abuse, and subsequently continued

7  to receive a degree in registered nursing.

8            I am a retired reserve member of the United

9  States Military after 26 years of service functioning as a

10 battlefield nurse in that capacity as well.

11           I also teach -- have had experience teaching

12 with advanced cardiac life support, pediatric life

13 support, and neonatal life support and basic life support.

14 And I've been doing these forensic exams since

15 approximately 1995.

16 Q.    So these types of exams since '95, in addition to

17 all that other experience, did I get that right?

18 A.    That is correct.

19 Q.    Approximately how many exams that you personally

20 conducted?

21 A.    Approximately 700, at least 700.

22 Q.    As part of your job, do you also consult with or

23 work on other cases that you don't personally examine?

24 A.    Yes.  I independently contract as an expert

25 witness for both cases involving prosecution and defense.

1     Q.   And that was my next question, is whether or not

2  you've testified in court before, and you said you had; is

3  that right?

4     A.   Yes.

5     Q.   And you testified for only prosecution, did I get

6  that correct?

7     A.   I testified as a factual witness in the cases

8  that I provide and render care for.  I also provide, as an

9  independent contractor, as an expert witness, and testify

10  for the prosecution as well as the defense, and plaintiffs

11  in civil litigation as well.

12     Q.   And today, you're here to talk about an exam that

13  you personally conducted, is that your understanding?

14     A.   That is correct.

15     Q.   Did you actually perform an exam on a girl in the

16  early morning hours of October 23, 2011?

17     A.   Yes, I did.

18     Q.   And before we talk about that exam, what I'd like

19  to ask, if you could educate us generally based on your

20  training and experience about what it is you're looking

21  for as part of this exam?

22     A.   It would be the same thing that I would look for

23  as an emergency room nurse.  The child would present or

24  the adult would present, I would do the medical part of

25  the exam similar to any one of you who would ever go to an

1   emergency department asking you what happened, your

2   medical condition, medications you take, allergies you may

3   have.  Then I do a comprehensive physical exam.  And as

4   I'm doing this exam, I may also be collecting anything

5   that I may think would be of forensic significance.

6        Q.   Okay.  I'd like to talk about the area of child

7   abuse, child sexual abuse specifically.  Did you -- you

8   testified earlier that you do have background in

9   pediatrics; is that accurate?

10       A.   That is correct.  I've functioned as a pediatric

11  ER nurse, as well as providing procedural sedation for

12  pediatrics and working -- sedating children for procedures

13  that they need to have done, involving catheterizations as

14  well.

15       Q.   Are all nurses -- are all forensic nurse

16  examiners qualified to perform exams on children?

17       A.   No.

18       Q.   So that's an additional qualification, or I guess

19  ability that you have; is that accurate?

20       A.   That is correct.  That's an additional specialty

21  in training.

22       Q.   And you required -- it was required that you do

23  additional training, education and the like, in order to

24  be able to do that?

25       A.   That is correct.  As well as keeping current.

1    Q.   So as part of your job, do you keep current on

2   research literature and other -- anything that would

3   assist you to stay -- to stay current in the field?

4    A.   Yes, I do.

5    Q.   In talking again about -- just generally about

6   child -- child sexual abuse, could you talk about how

7   common it is to find injuries associated with abuse?

8    A.   The preponderance of the exams will demonstrate

9   no injury.

10    Q.   How can that be?

11    A.   The child, usually when they are being groomed,

12   if anyone is being -- assaulting the patient, it'll be an

13   external touching of the genitals.  They'll groom the

14   child and make them more comfortable.  They're very gentle

15   with them as a general rule because a child will flee.

16   Unlike an adult, they are much more difficult to

17   intimidate, to sit still or hold still.  They'll try to

18   wiggle away.  They'll never come back again.  So often

19   times people that perpetrate these young children will be

20   gentle with them in order to get what they want and not

21   have the child run away.

22    Q.   You used a word there earlier about the

23   preponderance of cases.  Is there any studies that discuss

24   generally the statistics about the number of cases where

25   physical findings manifest?

1    A.    I can -- based on what many of the studies have

2    been trained and most of our ongoing training, at the

3    preponderance of the cases, you will not see any.  I can

4    tell you in my personal experience, if I see injury in 10

5    to 20 percent, that would be a lot.

6    Q.    Is there -- you talked about some of the factors

7    that go into it.  If we're talking about the genital area

8    of a prepubescent girl, for example, could you talk about

9    how that part of the body heals?

10    A.    Any of the genital region on a female is much

11    like the tissue.  It's a mucosal tissue similar to what

12    you have inside of your mouth, the inside of your cheek.

13    It's moist, slippery.  It's made of a different tissue

14    than the epidural layer you would find on your arm or your

15    leg.  It's not very tough.  It's a little more friable.

16    Children who aren't estrogenized yet, who who have not

17    come into puberty yet have a hymen that is very tender,

18    and so to contact those issues, you will find a child will

19    recoil on you and does not want the area touched.  As I

20    stated, the tissue is more friable and more tender, and

21    exquisitely tender to the touch.

22    Q.    If there was an injury in this area, could you

23    talk about how quickly you would expect an injury to heal

24    completely?

25    A.    There are a lot of issues that are based -- a lot

1   of things to take into consideration with healing of these

2   injuries.  Hygiene is one of them, the nutrition of the

3   patient is another one of them.  Any pathological

4   conditions can affect how wounds or injuries heal.  As a

5   general rule, we look at -- and some of the studies that

6   have been looked at are three to seven days.  In the

7   profession we do not perform sexual assault exams after

8   five days.

9        Q.   And why is that?

10       A.   The feeling has been by the preponderance of the

11  professional community that most injuries would have been

12  healed by that time and there would be a loss of all, if

13  any, of forensic evidence that may be of value.

14       Q.   So when you talk about five days, that would be

15  five days from the last reported contact; is that

16  accurate?

17       A.   From when the patient stated the contact took

18  place.

19       Q.   So if you're outside that five-day window, would

20  you expect to see any indication of -- or any injury?

21       A.   Depends on the severity of the injury.

22       Q.   Okay.  My question is, still, given that five-day

23  window, outside of that five days, would you expect it?

24       A.   I would only expect to see it if there was a

25  significant injury, such as a complete transection of the

1  tissue, a complete tearing.  Some of the exams we have a

2  lot of trauma to the area that's -- that's severe trauma

3  that is not healed within five days.

4      Q.   Okay.  So that's the only instance which I would

5  expect it.  So in the number of cases that you examined,

6  700, would you expect to see medical findings if the

7  report was outside of that five-day period?

8      A.   No.

9      Q.   Even if there was -- had been an injury, could

10 that injury have healed completely after five days?

11     A.   It could have healed completely before five days,

12 as well as after.

13     Q.   Could you talk about the likelihood of scarring

14 in this part of the body?

15     A.   Minimal.  As a general rule, this tissue heals so

16 well that you can't even see any signs of injuries after

17 the fact.  Some of the chronic abuse cases come into play

18 because when patients report years later and you go to

19 look, it's completely gone.  Microscopically, it can't

20 even be detected.

21            Females will have episiotomies performed

22 after childbirth, and when we go to do an exam, you see

23 little, if any, residual from that, that complete cutting

24 of that tissue.

25     Q.   And just explain that, if you could.  An

1  episiotomy accomplishes what?

2      A.   It's used by a lot of the  OB/GYNs to prevent

3  tearing, especially into the anal tissue.  They feel it's

4  a more controlled tearing of the tissue when the baby

5  comes out as opposed to having a rough tear to the tissue.

6  So some OB/GYNs will cut the tissue in a controlled

7  situation as opposed to just letting it rip out of

8  control.

9      Q.   So instances of where there is an actual cutting

10  of the tissue, even that can heal completely, revealing no

11  signs of that, did I get that correct?

12     A.   That is correct.

13     Q.   Now, you talked about some of the consultations

14  you do.  In this case, did you speak with anyone at

15  Phoenix Children's Hospital?

16     A.   I would have to look at my paperwork.  My memory

17  doesn't recollect that, but I would have to use my

18  paperwork to refresh it.

19     Q.   Okay.  And it may be that you did not.  Do you

20  know anyone offhand named Jackie Hess?

21     A.   No.  The name is not familiar to me.

22     Q.   And I'm showing you, with the court's permission,

23  Exhibit No. 110.

24          Did you author a report in this case?

25     A.   Yes, I did.

1      Q.    I'm sorry.  Do you author a report in all the

2 examinations that you do?

3      A.    Yes, I do.

4      Q.    And is that part of your practice as a medical

5 professional?

6      A.    Yes, it is.  This paperwork is included in every

7 kit.

8      Q.    And does -- would your report assist you in

9 refreshing your recollection as to what you did?

10      A.    Yes, it does.

11      Q.    So again, with the court's permission, if you

12 look at Exhibit No. 110?

13      A.    My notes do not state that I conferred with

14 anyone from Phoenix.

15      Q.    Okay.  Prior to testifying, did you speak to

16 anyone from Phoenix Children's Hospital, specifically

17 Jackie Hess, so that -- that you might be able to tailor

18 your testimony today?

19      A.    No.

20      Q.    Would you do that?

21      A.    No.

22      Q.    You talked about healing and injury related to

23 child sexual abuse, based on your experience, where is the

24 most common location of an injury related to child sexual

25 abuse?

1    A.    If you look at a clock, we use that same clock
2 face when we're describing any of the areas that's
3 anogenital or it's in the vulva region around the vaginal
4 entrance.  So 12:00 o'clock is always pointed toward the
5 belly button.  The most common site of injury would be
6 between 3:00 and 9:00, in that low portion of the clock
7 face, and most significantly at 6:00 o'clock.

8    Q.    Now, you told us that you did perform an exam
9 involving a small child on October 23, 2011; is that
10 correct?

11    A.    That is correct.

12    Q.    Do you know her name, the name of the person you
13 examined?

14    A.    The last name is W-I-L-H-E-L-M-I,
15 W-I-L-H-E-L-M-I.  Correct.  The first name Ada, A-D-A.

16              THE COURT:  Mr. Long, you might point out to
17 the witness if she needs to refer to her notes, she needs
18 to tell us that for the record, please.

19              THE WITNESS:  I will be referring to my
20 notes, yes.

21 BY MR. LONG:

22    Q.    All right.  Do you have an independent memory of
23 this exam after looking at your report?

24    A.    Not of all the aspects of the exam.

25    Q.    I'm not asking about all the aspects of the exam,

1   but just generally, do you have a memory of the exam in

2   this little girl?

3        A.    The only part I remember is the contact with the

4   little girl.  I can remember the little girl, parts of the

5   little girl.

6        Q.    And that was my question.  In your mind, you

7   can -- you can picture having a conversation with this

8   little girl; is that accurate?

9        A.    That's correct.

10       Q.    Do you have an opinion as to the approximate age

11  of this little girl?

12       A.    I believe she was about four and a half, five

13  years old.

14       Q.    And is that consistent with what you documented?

15       A.    Yes, it is.

16       Q.    When you perform an exam -- when you performed

17  this exam, could you talk about the steps that you go

18  through at the very beginning of the exam?

19       A.    With a child this small, I would incorporate the

20  mother into the exam or whoever the care provider was when

21  I was asking questions, referring to the child's medical

22  history, surgeries, medications the child takes, any type

23  of medication, allergies she may have.  And then I would

24  ask her at some point why the child was here with me, what

25  time the child came in, so they have a better concept of a

1  time so I can get a feel for what the time -- or that I'm

2  looking at that there may have been a contact.  Excuse me.

3          Often time when I ask the child what time

4  did this happen, a four-year-old has no clue what time it

5  was.  So I'll ask the parent perhaps, when was the child

6  out of your care that there is a concern.  The mother

7  would be assisting me with some of that information.  Then

8  I take the child in, and my notes stated that I was alone

9  with the child, both for the verbal and physical exam, I

10 was alone in the room with the child.  No one else was in

11 the room with me.

12     Q.   When you're alone with the child, in this case,

13 your patient, do you get a report from -- from her?

14     A.   Just as I would any other patient, I would ask

15 what happened.

16     Q.   Is that important as a medical professional that

17 is asking the patient what happened as part of your

18 treatment and diagnosis?

19     A.   Yes.  That's what guides me.

20     Q.   Why is that?  Could you explain that to the jury?

21     A.   Again, similarly, if you come into the ER, my

22 first question to you is what happened?  Why are you here

23 today?  Did something hurt?  Are you sick?  What happened?

24     Q.   And in this case, did you ask Ada why she was

25 here, what happened?

1    A.    Yes.

2    Q.    And did she tell you?

3    A.    Yes.

4    Q.    Tell us what that was?

5    A.    May I read from my report?

6    Q.    If you need to refresh your recollection, with

7 the court's permission.

8    A.    She stated, "Fernando stuck his finger and his

9 nails in me."  In parenthesis I noted she points -- she

10 points.  "To where I go pee from.  He told me to get on

11 his lap.  He pulled my panties down, then he put his

12 fingers in me.  He kissed me on the side of my cheek.  He

13 touched my butt, too."

14    Q.    Now, in there you said that there was a

15 parenthesis about pointing, did I get that accurate?

16    A.    Correct.

17    Q.    Explain what that was?

18    A.    The child would have pointed, "Where I go pee."

19    Q.    So her words were, "Where I go pee?"

20    A.    Correct.

21    Q.    And that was in conjunction or with a pointing

22 motion; is that accurate?

23    A.    That's correct.

24    Q.    As a both forensic nurse examiner and having

25 worked in the ER, have you ever encountered situations

1  where patients, children specifically, report something

2  that appeared to be -- the language they used appeared

3  they were being suggested as to what they should say?

4      A.   Sometimes you'll hear what sounds to be

5  parroting, yes.

6      Q.   Okay.  You used the word parroting.  Explain what

7  you mean by that?

8      A.   If the child's language is not age appropriate,

9  or they're using some terms that they use repeatedly over

10  and over again, and then you hear the parent in the room

11  using the same language, sometimes that's picked up.  Or

12  if someone is using language, I'll try to see if the child

13  even can explain to me what the language means that they

14  just stated, and that you can tell that they are

15  parroting.

16      Q.   When you were speaking with Ada, did you hear or

17  observe any indication of that, that is the parroting or

18  anything, that would seem to come from somewhere outside

19  of the child?

20      A.   I noted under General Appearance of Behavior --

21  if I may read from my note.

22      Q.   With the court's permission?

23           THE COURT:  Go ahead, ma'am.

24  BY THE WITNESS:

25      A.   The patient was cooperative, talkative, followed

1    instructions appropriately, and articulated well.

2    BY MR. LONG:

3        Q.    Okay.  And when you say articulated well, was it

4    your observation that she articulated consistent with a

5    four-year-old?

6        A.    Yes.

7        Q.    As you are conducting examinations, does

8    demonstrations or pointing, is that something that you

9    observe?

10        A.    Yes.

11        Q.    Why?

12        A.    I asked for it.  I not only ask for it in

13    children, often times I ask for it in adults.  Some of

14    these parts of the body are confusing.  Some will have

15    multiple layers, so we'll ask the patient to use one

16    finger and point to show me the areas of the body that are

17    painful.

18        Q.    When she gave this report that you just read, had

19    you asked her to point where she is talking about?

20        A.    I noted on here because she would have pointed

21    while she was talking to me, if the child is still clothed

22    at this time seated in front of me.

23        Q.    So this was not in response to your request to

24    point; is that accurate?

25        A.    No.  Children -- often time it's difficult when

1   you ask what happened, they tend to try to show a lot.

2   Well, I can't write that, so I'll write down what the

3   child is doing to show me what she is articulating as

4   well.

5       Q.   Now, she told you that he kissed her on the side

6   of the cheek; is that accurate?

7       A.   That is correct.

8       Q.   At any point did she do any demonstrations?

9       A.   I believe she also demonstrated during the actual

10  physical exam.

11      Q.   Could you explain that, please, or describe that

12  rather?

13      A.   There was a portion when I was asking the patient

14  the -- some of the particular questions.  After I do the

15  narrative assessment, I do some direct questions with her.

16  And she stated that -- when I asked her if there was any

17  use of force, she said that "I try to."  And then I note

18  that she demonstrated crossing her legs.  That's --

19  they'll show you what they're doing as opposed to stating

20  it, but he stuck his fingers again.

21      Q.   So her demonstration there was that she was

22  crossing her legs; is that accurate?

23      A.   That is correct.

24      Q.   And she did use some words as well in

25  demonstrating that she was crossing her legs and that was

1  she tried to; is that accurate?

2     A.    That is correct.  There is a notation here that

3  she was showing us she was crossing her legs and tightly

4  and curling up, quote, unquote, to make him stop.

5     Q.    Based on your training and experience, does the

6  act of a child resisting have an impact on whether or not

7  you would expect to see injury?

8     A.    Absolutely.  The -- not only in a child, but also

9  in an adult.

10    Q.    Explain that, please.

11    A.    Force is one of the major contributors to the

12  presentation of injury.  The more you resist, the more

13  likely there is going to be injury.

14    Q.    And in this case, Ada reported that she did

15  resist by that demonstration; is that accurate?

16    A.    Correct.

17    Q.    Did you make any observations about Ada's

18  fingernails?

19    A.    I noted they were polished and short to the skin.

20    Q.    You testified earlier that when you were speaking

21  with Ada, you were alone with her; is that accurate?

22    A.    Correct.

23    Q.    So after getting this -- this history and her

24  reporting what happened, what do you do next?

25    A.    Then I disrobe the child.  I first ask a series

1  of questions where the mother would have assisted as well.

2  Things such as had the child urinated or voided, have they

3  wiped, showered, changed clothing, things of that nature.

4  Then the mother would be in a waiting area room, and I

5  would take the child and I would note their vital signs

6  and then do the rest of the physical assessment, such as

7  the airway breathing, circulation, bowel and bladder

8  questions.  And then I would go down and note things about

9  the fingernails and how I performed the exam.

10           After I do the verbal assessment with the

11  child, then I have the child undress and get up on the

12  table in front of me.  I try to make the child as

13  comfortable as I possibly can, so I don't re-traumatize

14  the child.  And then I perform the physical exam.

15      Q.   What goes into performing the physical exam?

16      A.   I look the child over from head to toe.  And then

17  I would also look in the areas where she was complaining

18  of a pain, injury, or contact.  If there were notes, if

19  there were indications in her narrative as to where there

20  was any contact with the patient -- I'm sorry -- with what

21  she termed to be the assailant at that time, I would have

22  swabbed those areas, such as kissing to areas or any other

23  contact on the body.  And the last thing I do is the

24  anogenital exam.

25      Q.   And could you describe what goes into -- to that

1   exam?

2       A.    I have the child assist me.  Again, showing me

3   where there would have been contact, where she is having

4   any pain.  It's usually finger pointing in the areas.

5   Again, the area gets very confusing to most children where

6   if I ask a child, is it your vulva or was it your anus,

7   they have no idea what I'm talking about.  They think

8   there's all one big hole where everything comes out of, so

9   the child will point to particular areas that there may

10  have been contact.

11              Then I have the child lay back, and I

12  examine the area both with gross visualization with the

13  naked eye, and then I would use a colposcope to magnify.

14  It's an instrument that we look through to magnify the

15  areas.

16              In this case, I also used an application of

17  a dye that we refer to as a toluidine dye.  We place it on

18  the area, we wait for a few minutes, we remove it from the

19  area, and then we look to see if any of that dye stuck to

20  any open tissue, which is indicative of an injury site.

21      Q.    Did you do this, as you described, during Ada's

22  exam?

23      A.    Yes, I did, as well as using a swab to touch the

24  particular areas when the child can't see them, so that to

25  elicit any specific location of any injury or pain.

1      Q.   I'd like to talk about when you were doing this

2   exam.  Did -- did Ada point to any areas, specifically in

3   describing or being asked where, if anywhere, she was in

4   pain?

5      A.   Yes.  She clearly identified her areas of digital

6   contact to her anogenital area by the writer making

7   contact with the swabs.  So if I would touch, she would

8   say ouch, or she would say yes, that's where I was

9   touched, or recoil and tell me that was painful area.

10              She also verbalized she was having pain and

11   burning when she urinated, as well as with the toluidine

12   application and removal.  There's an acidic solution that

13   we use to remove the dye, which would be much like putting

14   a vinegar concentration, like getting lemon juice in a cut

15   on your finger.  So sometimes the patient will elicit

16   discomfort when it comes into contact with open tissue.

17              She also clearly described digital contact

18   with the anogenital area.

19      Q.   As you performed this exam, did you see anything?

20      A.   Yes.

21      Q.   Please describe it.

22      A.   I noted an injury, approximately a

23   0.379-centimeter abrasion to the posterior commissure.

24   The toluidine dye that I placed on the child and removed,

25   there was a positive uptake indicating open tissue, and

1  then she stated that was from where Fernando stuck his

2  fingers in me.  She also noted -- I also noted that it was

3  very tender to the touch.

4      Q.   Okay.  You just referred to this injury as an

5  abrasion; is that accurate?

6      A.   Correct.

7      Q.   Explain what that is.

8      A.   An abrasion is the denuding of the skin or mucosa

9  membrane or the rubbing away of a membrane by a mechanical

10 force, an unusual mechanical force.  So we consider

11 abrasions to be friction injuries, two surfaces coming

12 together and shearing part of the tissue off one of the

13 sides.  Much to be likened to a skinned knee.  Any time --

14 or rug burn.  If these two surfaces come together, it may

15 have friction.  It takes away the top layer of the skin,

16 exposing the underlying capillaries.

17     Q.   And in this case, you observed this -- this

18 abrasion; is that accurate?

19     A.   That's correct.

20     Q.   Could you tell us where you observed this injury?

21     A.   It was noted on the map at 6:00 o'clock.

22     Q.   At this point after observing this injury,

23 everything that you've taken, you've gotten up to this

24 point, is what you observed with your eyes with this

25 injury, is it consistent with what Ada had told you?

1    A.    Signs and symptoms were consistent with the

2 history, yes.

3    Q.    Is what you were observing consistent with other

4 factors, such as her reporting resisting?

5    A.    Yes.

6    Q.    Are you familiar with straddle injuries?

7    A.    Yes.

8    Q.    Explain what that is.

9    A.    Straddle injury is anything where the legs are

10 separated apart, usually coming down on an object, such as

11 everyone falling on the boy's bike, that would be a

12 straddle injury.

13    Q.    Okay.  Were there any other symptoms that you

14 would expect if this was a straddle injury?

15    A.    The straddle injuries, the main thing that we

16 look for is it collateral trauma.  That would be trauma to

17 the other tissues around the innermost mucosal tissue.

18 Those areas are tightly protected unless you open them up

19 or you spread your legs open, those inner tissues are

20 protected by the other fatty labia majora areas on the

21 outside, so we expect to see more bruising or lacerations

22 to the outer lying tissues, as well as to the inner

23 tissue, if it comes from a straddle injury.

24    Q.    Did you see any of those other injuries in Ada?

25    A.    No.  I only noted the isolated injury.

 1      Q.    Again, where there's a straddle injury, do you

 2 generally expect some sort of a report consistent to that?

 3      A.    Yes.

 4      Q.    Like what?

 5      A.    They fell on -- straddled something and fell on

 6 it.  I fell on a bike, I fell on a tree, I fell on a rope,

 7 I fell on something.  But that's what the patient will

 8 report to us.

 9      Q.    Now, you were talking about the location of

10 this -- of this injury, this abrasion that you observed in

11 Ada.  This particular injury, is this considered inside

12 the vulva?

13      A.    Yes.

14      Q.    And to word it differently, if Ada was standing

15 up, would this injury be seen?

16      A.    No.

17      Q.    Now, I have a diagram that has been previously

18 used for demonstrative purposes.

19            With the court's permission, if I could ask

20 you to look at the diagram and describe it.

21            Your Honor?

22            THE COURT:  Exhibit number?

23            MR. LONG:  106.

24            THE COURT:  All right.  Sir, go ahead.

25            MR. LONG:  I'm sorry.  That's not accurate.

1   It's Exhibit 101.

2              THE COURT:  All right.  Put it up on the

3   screen, if you would, please.

4              Would you like the witness to approach the

5   screen?

6              MR. LONG:  With the court's permission,

7   please.

8              THE COURT:  Sure.  If you would speak up so

9   everybody can hear you.

10              THE WITNESS:  Yes.

11   BY MR. LONG:

12      Q.   Ma'am, do you recognize what you're looking at

13   here?

14      A.   Yes.  I'm looking at a vulva.

15      Q.   Okay.  If you would, please explain the different

16   parts that make up the diagram here?

17      A.   The parts you are seeing here on a smaller child,

18   prepubescent child, you can see the wings coming off the

19   clitoris.  This is the clitoris on the female, which is

20   the counterpart of the male penis.  It's the sex organ of

21   the female.  It's underneath the hood.  There's a tissue

22   that comes over the top, which we refer to as a clitoral

23   hood.  And then these wings come down, which will, later

24   on as the child develops, becomes estrogenized, will

25   become what we call the labia minora.  These are the

1 larger fatty wings on the outside, the fatty lips on the

2 outside, which are the labia majora.

3          Small children you have the labia minora,

4 but we just refer to them as wings at this point because

5 they don't come all the way down to the 6:00 o'clock

6 position.

7          The area down here is referred to as a

8 posterior commissure because they don't have the two

9 separate wings.

10          Then you would see the entrance into the

11 vaginal barrel, and this appears to be the -- the hymenal

12 tissue.  As you can see, the hymenal tissue is much like a

13 turtleneck, it's closed shut.  When you put your head on

14 it, it stretches.  In a prepubescent child, it's much more

15 rigid, and it doesn't have that flexibility to

16 accommodate.

17          And then after you look at the smooth edges

18 of the hymenal tissue here, you're entering in the vaginal

19 barrel.  This would be the urethra where urine comes out

20 of a female.

21     Q.   So if you're referring to this diagram as -- and

22 referring to your examination of Ada, could you indicate,

23 please, where it is you saw the abrasion?

24     A.   In the 6:00 o'clock position.

25     Q.   Now, I have just marked with a red dot

1  approximately where your finger is; is that accurate?

2      A.   It was right along this border here.

3      Q.   You said along the border; is that correct?

4      A.   Where the two come together?

5      Q.   Uh-huh.

6      A.   Bottom, and slightly inside.

7      Q.   And again, that area, when Ada is standing up,

8  would that injury be inside the vulva?

9      A.   Yes.  The external portion, the labia majora --

10 I'm sorry.  The vulva consists of the labia majora.  There

11 are two parts to the labia majora, the outside portion of

12 the labia majora would be on the -- an adult female where

13 the hair would grow.  Similar again, the lip on your face.

14 This is all your lip, but this is on the outside of your

15 mouth.  When you turn it inside, now you're on the inside

16 of your mouth.  Same lip, but one surface is on the

17 outside, one surface is on the inside.  This tissue is all

18 on the inside.  It's the pink mucosal tissue located on

19 the inside of the penetration into the vulva.

20     Q.   So to create that injury or to get to that

21 injury, if it was done by a finger as Ada described, the

22 finger would have had to penetrate the vulva in order to

23 cause is that; is that accurate?

24     A.   That's correct.

25     Q.   Staying with this diagram, in talking about the

1 hymen, you said it was tender, prepubescent children, the

2 hymen, hymenal tissue is tender, is that accurate?

3      A.    Correct.

4      Q.    Although it is tender, is it possible to

5 penetrate the hymen with a finger and not leave any

6 injury?

7      A.    Yes.

8      Q.    Even in a prepubescent child?  Even in a child --

9 even in Ada's hymen that you observed?

10      A.    Yes.  In chronic cases, you'll see often times

11 perpetrators utilizing that technique of penetration with

12 a digital -- a digital penetration.

13      Q.    And -- thank you.  You can have a seat for a

14 second.

15                 Your Honor, permission to approach?

16                 THE COURT:  Go ahead, sir.

17 BY MR. LONG:

18      Q.    I'm showing you what's been marked as Exhibits

19 103 and 130.  Do you recognize those?

20      A.    Yes.

21      Q.    Explain, please, what it is that you're looking

22 at in Exhibits -- let's take one at a time -- Exhibit No.

23 103?

24      A.    This is the body map of my report.

25      Q.    So that is part of your report?

1    A.    Correct.

2    Q.    What does the body map show?

3    A.    The body map gives a general -- may I hold it up

4  here?

5    Q.    I'll be showing it in just a moment.  If you

6  could explain what it is?

7    A.    It's a diagram of the body parts and pieces.  And

8  I put in the general area where the injury is noted.

9    Q.    And is the body map that you're looking at, is

10  that what you noted in Ada?

11    A.    That is correct.

12              MR. LONG:  Your Honor, I move for

13  introduction of Exhibit -- or admittance of Exhibit No.

14  103.

15              THE COURT:  103.  Mr. Green?

16              MR. GREEN:  Your Honor, at this point, I

17  still have an objection I can address on

18  cross-examination, but -- or if I could voir dire just a

19  moment.

20              THE COURT:  Let's do it that way.  Hold on

21  just a second.

22              You have a few voir dire questions.  Go

23  ahead.

24              MR. GREEN:  That's fine.

25

1                    VOIR DIRE EXAMINATION

2    BY MR. GREEN:

3        Q.    Ms. Welch, you have marked on this diagram; is

4    that correct?

5        A.    That is correct.

6        Q.    And I'm looking at the 6:00 o'clock position on

7    the -- of the female genitalia diagram on the upper left

8    corner of the page; is that correct?

9        A.    That's correct.

10       Q.    And at the 6:00 o'clock position, there is a line

11   there that's a vertical line.  Can you see that on your

12   diagram?

13       A.    Yes.

14             MR. LONG:  Your Honor, could we approach,

15   please?

16             THE COURT:  Sure.  Come on up.

17             (Proceedings were had outside the hearing of

18   the jury and court reporter.)

19             THE COURT:  For the purpose of that

20   particular question, the objection is sustained.

21             Do you have additional voir dire, Mr. Green?

22             MR. GREEN:  Your Honor, my question is --

23             THE COURT:  To the witness.

24   BY MR. GREEN:

25       Q.    Is the line that's on the drawing indicative of

1   the injury that you saw, and is it to scale?  That's two

2   questions, I guess.

3        A.   It is not a depiction of the injury.  It depicts

4   the location of where the injury would have been.  The

5   diagram is not to scale.

6        Q.   All right.  And that injury is not to scale,

7   correct, or that line that you put there is not to scale?

8        A.   There is no scale to it.  It's a location, so

9   there is no scale involved.

10             MR. GREEN:  No objection then, your Honor.

11             THE COURT:  Okay.  We'll show Exhibit 103

12   has been marked and admitted into evidence.

13             Okay, ma'am.  Okay, sir.

14             (Exhibit No. 103 admitted into evidence.)

15             MR. LONG:  Your Honor, permission to publish

16   Exhibit 103 to the jury?

17             THE COURT:  Certainly.

18             DIRECT EXAMINATION (continued)

19   BY MR. LONG:

20        Q.   Ms. Welch, looking on the screen is Exhibit

21   No. --

22             THE COURT:  Again -- I'm sorry.  Don't mean

23   to interrupt you, but would you like her again to get up

24   to the screen?

25             MR. LONG:  Please, your Honor.

1                    THE COURT:  If you would, ma'am.

2    BY MR. LONG:

3         Q.    All right.  Exhibit No. 103 on the screen, could

4    you indicate, please, or show us where it is you noted the

5    injury?

6         A.    Right there.

7         Q.    So if I zoom that in for you.

8         A.    Right there.

9         Q.    And what you describe in the other diagram that

10   may have shown a little more detail, is that consistent

11   with what you're showing here?

12        A.    That's correct.  We'll make a line and X, circle

13   just to show the 3, 6, 9, 7, the general location of the

14   injury.

15        Q.    And that was my next question.  Is this diagram

16   meant to show the shape of the injury?

17        A.    Not at all.

18        Q.    What's the purpose of this diagram?

19        A.    To demonstrate where on the anatomy the injury

20   would have been approximately located.

21        Q.    So in this instance, although there is a line,

22   that line itself is not instructive; is that accurate?

23        A.    No.  The description of the injury is on the next

24   page.

25                    THE COURT:  Would you like her to be seated?

1            MR. LONG:   Please, your Honor.

2    BY MR. LONG:

3        Q.    I'd like you to look at Exhibit No. 110.  That I

4    believe is in front of you as well.

5              Do you recognize that?

6        A.    Yes.

7        Q.    Describe for us what that is, please?

8        A.    I'm sorry.  That's 1-3-0, correct?

9        Q.    I'm sorry.  1-3-0, that's correct.

10       A.    It's a line drawn through the other part of the

11   body map showing the general chest, back, legs, head,

12   chest area, mouth area.  And I drew a line through and

13   noted that there was no physical trauma noted to those

14   areas.

15       Q.    And is that -- Exhibit 130, is that diagram that

16   you did through Ada's exam; is that accurate?

17       A.    Correct.

18             MR. LONG:   Your Honor, I move do admit

19   Exhibit 130.

20             THE COURT:   All right.  Mr. Green?

21             MR. GREEN:   No objection.

22             THE COURT:   Exhibit 130 will be marked as

23   admitted.  Go ahead.

24             (Exhibit No. 130 admitted into evidence.)

25             MR. LONG:   With the court's permission, if I

1   could publish.

2             THE COURT:  Go ahead, sir.

3   BY MR. LONG:

4      Q.    Is what we're seeing on the screen Exhibit 130?

5      A.    Yes, it is.

6      Q.    And you indicated that you drew a through this.

7   Had you noted an injury to the superior part of her body,

8   is this where you would have noted it?

9      A.    Yes.

10     Q.    Did you note whether or not this injury that you

11  observed was bleeding, was actively bleeding?

12     A.    I had no notation of active bleeding at the time.

13     Q.    Okay.  But the toluidine blue dye that you talked

14  about, does that show whether or not tissues have been

15  opened up?

16     A.    Yes.  The toluidine dye reacts when the cells

17  open up.  There's a nucleus on the very center of the

18  cell.  This toluidine dye will adhere to that nucleus,

19  which will mean the cell is open.  So the toluidine can

20  adhere on it.

21            If I were to place it on my hand where there

22  is no open injury, I would be able to wash it away and you

23  would see no more residual.

24     A.    If I had a cut on my hand or any type of abrasion

25  on my hand where the tissue was still open, and I sprayed

1  it, washed it away, you would see the marking of the blue

2  dye.

3       Q.   So based on that observation, would you expect

4  there to possibly be some blood?

5       A.   Not necessarily at the time that I'm viewing the

6  child.

7       Q.   At some point prior, would there -- would it be

8  consistent to see blood, say, in her undergarments?

9       A.   Yes.  With the fact that it was abraded would

10  mean it would open up the capillary beds and you could get

11  some seepage of blood from that.

12       Q.   Okay.  Showing you what's been admitted as

13  Exhibit No. 87.  I'm going to ask you to look at that on

14  the screen.

15            The blood or -- I'm sorry.  The stain there,

16  is that consistent with a blood stain?

17       A.   Yes, it is.  It's consistent with one.

18       Q.   Okay.  And if you were told that there was a

19  serology done that confirmed that there was blood in her

20  underwear, that is in these underwear, is that consistent

21  with your observation?

22       A.   Yes.

23       Q.   The location of this blood stain, are you able to

24  determine based on that picture approximately where in the

25  undergarments this blood stain is?

1     A.    It appears to be located near the rear seam of

2  the crotch of the underpants, which would place it in the

3  anogenital area.

4     Q.    Okay.  Based on the injury that you observed on

5  Ada, is the location of that injury consistent with where

6  you're seeing this blood stain?

7     A.    Yes.  Or the underpants could have also been

8  dabbed against it when the child put her pants on.

9     Q.    Explain that.

10     A.    All of us children and adults alike, if we were

11  going to point to the genital area and there was something

12  tender there, we would be a lot more reluctant to stick

13  our hand in and directly contact the point of discomfort.

14  So sometimes as you see children, they'll take their

15  little fingers and push their underpants up against the

16  genital area, they have to go potty or something is

17  uncomfortable or itches.  So it's consistent either with

18  her bleeding without the contact or pushing it against the

19  underpants to the area and transferring the blood onto the

20  underpants.

21     Q.    Now, you talked a little bit about just in -- in

22  talking about children not necessarily wanting to use

23  their hands to touch down there.  Could you talk about

24  the -- based on your training and experience, whether or

25  not children tend to injure themselves in their genital

1   area?

2       A.   I've worked with children for over 30 years.  I

3   have yet to have one of them in an emergency room setting

4   who injured themselves showing me where something was

5   injured.

6       Q.   Based on your training and experience, your years

7   of examining children, is the exam that you conducted and

8   the injury that you observed consistent with what Ada said

9   happened?

10      A.   Yes.

11      Q.   Is there anything that you observed that's at all

12  inconsistent with what she told you?

13      A.   No.

14                  MR. LONG:  Thank you, Ms. Welch.

15                  THE COURT:  Thank you, sir.

16                  Mr. Green?

17                          CROSS-EXAMINATION

18  BY MR. GREEN:

19      Q.   You stated that -- well, let me go back to the

20  last question here for just a second because you stated no

21  child had ever injured themselves showing you where they

22  were pointing to themselves or whatever, is that your

23  statement?

24      A.   That's my experience, yes.

25      Q.   Okay.  The question, as I understood it, and I am

1   not going to re-ask it, I'll just ask my own question.   Is

2   it possible that a child could have injured themselves not

3   during your exam, but at some prior time, either through

4   masturbatory contact or in some other way?

5        A.    The possibility is there, but the infliction of

6   pain is something that a child avoids.   They'll stop doing

7   something if something starts to hurt.

8        Q.    But they could have incurred that injury and hurt

9   themselves and then stopped; correct?

10       A.    Correct.

11       Q.    Okay.   And while this injury you say is

12   consistent with the story that Ada told, could it have

13   been inflicted in some other way?

14       A.    Yes.

15       Q.    This is a young child who lives on a ranch.   She

16   plays around equipment and fences.   Could it have been an

17   injury that occurred either during a fall or during

18   climbing over a fence or climbing under a fence or through

19   a barbed wire fence, any of those?

20       A.    There could be abrasions to genitalia through

21   other mechanisms, yes.

22       Q.    Okay.   And could the abrasion have been incurred

23   through the underwear?   In other words, if she rubbed up

24   against something on the outside of her underwear, could

25   that abrasion have occurred in that way?

1      A.   My professional opinion would be the force

2   required.  I don't see that.

3      Q.   But it's possible?

4      A.   Correct.

5      Q.   Now, in your report you talk about what Ada told

6   you.  And I just need to clarify a couple of things.  You

7   said -- and I'm looking at page -- page 1 of 6, but

8   there's a handwritten 6 on the lower corner.  And again,

9   this is Exhibit No. 110, I believe?

10     A.   You're looking at page 6 of 6?

11              THE COURT:  Mr. Green, if there's some

12   confusion about the page numbers, you might want to

13   approach the witness.

14              MR. GREEN:  Sure.

15   BY MR. GREEN:

16     Q.   What I'm looking at, the top in the upper corner,

17   State of Arizona Sexual Assault Examination Report, and in

18   very tiny numbers, it says page 1 of 6, but next to that

19   there is also a handwritten 6, at least on my copy.  I'm

20   not sure if that would be on yours or not.

21     A.   I may not have that, sir.

22              THE COURT:  You want to see if she's looking

23   at the right page?

24              MR. GREEN:  Okay.

25              THE COURT:  And again, for the record, she

1  is still at Exhibit 110; is that correct, ma'am?

2            THE WITNESS:  That is correct.

3            THE COURT:  Okay.  Go ahead, sir.

4  BY MR. GREEN:

5    Q.   Under description right at the center under B,

6  History, Assault History, you have in quotes over to the

7  right side of the page, it says in quotes, between 9:00

8  and 10:30.  And it says above that, "per mother."  Is that

9  something that Katie told you, the mother of the child?

10            MR. LONG:  Objection.  Hearsay.

11            MR. GREEN:  Your Honor, it's in the report.

12  I mean --

13            MR. LONG:  Your Honor --

14            THE COURT:  Do I have -- you want to come up

15  here?

16            MR. LONG:  Yes, sir.

17            (Proceedings were had outside the hearing of

18  the jury and court reporter.)

19            THE COURT:  Now, what I've done is sustained

20  the objection as to the form of the question.

21            Mr. Green, go ahead and rephrase your

22  question.

23  BY MR. GREEN:

24    Q.   You stated earlier that during the preparing of

25  your report there were several steps, and one of those

1   steps was you talked to the mother; correct?

2       A.    At one point I did talk to the mother, yes.

3       Q.    And when you talked to the mother and you heard

4   things from the mother, did you rely on the information

5   you received from the mother in creating your report?

6       A.    I noted what the mother wrote in my report.

7       Q.    Okay.  And in a similar way, you noted what Ada

8   said to you in the report; is that correct?

9       A.    Correct.

10      Q.    Okay.  Now, again, where it says B, Assault

11  History, there is a circled number 1 there with a

12  statement in the lines below, and there are quote marks

13  around that statement; correct?

14      A.    Correct.

15      Q.    It says -- can you read that statement?

16      A.    It states, "Fernando stuck his fingers and his

17  nails in me.  Points to where I go pee."

18      Q.    Okay.  Stop right there for a minute because you

19  said in parens, there's a beginning paren there, but I

20  don't see an end paren.  Can you tell me, what does that

21  mean in your writing there?

22      A.    That's probably what it means, that there was no

23  end paren placed.  I'm writing it contemporaneously, so

24  when she stated where I go pee, that would have been in

25  her words, not mine.

1      Q.    What about points?

2      A.    She points.  She indicated.

3      Q.    But she didn't say points?

4      A.    Correct.

5      Q.    Because that's within the quote; correct?

6      A.    That is correct.

7      Q.    Okay.  And then under number 2, again, you have

8  there where it says mother stated.  And this was in the --

9  I assume that that was in the conversation you had with

10 the mother prior to talking with the child?

11     A.    Correct.

12     Q.    Were both of them in the room -- were both of

13 these statements contemporaneously?  Were both Mother and

14 child in the room when you heard these statements?

15     A.    No.  I don't have -- I don't speak with the

16 mother and the child at the same time.

17     Q.    Okay.  The fact that one is ahead of the other in

18 your report doesn't have any significance, it's just what

19 you remembered?

20     A.    It's the way I documented it; correct.

21     Q.    Okay.  All right.  And the quote that's in the

22 second section or the circle 2 there where it says "Mother

23 stated," that quote came from the mother; correct?

24     A.    Correct.

25     Q.    So that was not a statement straight from Ada?

49

1    A.    The mother stated that that's what the child
2  stated to her.
3    Q.    Okay.  Right.  Okay.  So in the fact that you put
4  quotes there, it's a quote to you from the mother?
5    A.    Correct.
6    Q.    All right.  And then there's some other
7  information there that says Mother stated, but there's no
8  quotes around those things that the child subsequently
9  complained of.  I assume CO means complained of pain and
10  burning?
11    A.    Correct.
12    Q.    That's not a quote?
13    A.    It was not a direct quote, correct.
14    Q.    So are you paraphrasing what the mother has told
15  you?
16    A.    Correct.  I pulled it all together and wrote it
17  there for purposes of my medical exam.
18    Q.    Okay.
19              MR. GREEN:  I have no further questions,
20  your Honor.
21              THE COURT:  All right.
22              Sir, any redirect?
23              MR. LONG:  Yes, sir.
24
25

```
 1                    REDIRECT EXAMINATION
 2  BY MR. LONG:
 3      Q.    Ms. Welch, as a medical professional, will you
 4  ever say something is impossible?
 5      A.    No.
 6      Q.    Why not?
 7      A.    Because in my profession there is no such thing
 8  as impossible.  None of us would stretch outside that
 9  limit.
10      Q.    In your profession, based on your training and
11  experience, do you deal in mere possibilities?
12      A.    We deal more in probability.  That's how we
13  treat.
14      Q.    You were asked questions about whether or not
15  this could have possibly been inflicted some other way.
16  You heard that question; is that right?
17      A.    Yes, I did.
18      Q.    Was there any evidence, any information, to
19  suggest that this injury was caused in any other way?
20      A.    No.  Especially working in emergency rooms, we
21  are guided by what the patients tell us and what makes
22  sense mechanically and dynamically.  There are a lot of
23  patients that come in unconscious, so we have to look
24  around, or as medical emergency technicians and try to
25  ascertain or pick out in the scene what happened.
```

1              If a patient comes in and they tell me they

2    fell off of a ladder and their arm was broken, I could

3    speculate that it happened in a car accident, but that's

4    not what the patient told me.  The patient told me that

5    they fell off the ladder, so we go with that as their

6    mechanism of injury.

7         Q.   So then is it fair to say that one would have to

8    guess about facts in order no conclude that this injury

9    occurred in another way?

10        A.   You would have to be drawing from something other

11   than what the patient told me.  I ask the patients

12   directly where it comes from, when it started, and that's

13   what I take as fact.

14              THE COURT:  Okay.  Hold on just a minute,

15   Mr. Long.  We're switching interpreters.

16              Okay.  Are you ready.

17              THE COURT INTERPRETER:  I am, your Honor.

18              THE COURT:  Okay.  Go ahead, sir.

19   BY MR. LONG:

20        Q.   The examination, the same report that you

21   authored, you have that in front of you?

22        A.   Yes, I do.

23        Q.   And what exhibit number is that?  If you indicate

24   it's on the back, I believe.

25        A.   110.

1           MR. LONG:  Your Honor, I move for the

2   admission of Exhibit 110.

3           THE COURT:  All right.

4           MR. GREEN:  No objection.

5           THE COURT:  Could I have that, please?

6           THE WITNESS:  Yes.

7           THE COURT:  Thank you.  Exhibit 110 or --

8   110 will be marked as admitted and admitted.  Okay.

9           (Exhibit No. 110 admitted into evidence.)

10  BY MR. LONG:

11      Q.   So you were asked questions about whether or not

12  it would be possible that this injury was caused by a

13  barbed wire.  Is what you're seeing here, the injury that

14  you saw in Ada, consistent with a barbed wire injury?

15      A.   What I noted was a friction injury, not a tearing

16  or a cutting injury, but a friction injury, which is a

17  surface against a surface sheering off skin.

18           I go on further to ask the parent or the

19  child if there was any complaint of my injury or

20  discomfort prior to this time, had you seen this before.

21  Some children present having problems with the urinary

22  tract infection that might result in the burning.  My

23  report indicated that everyone stated this was a new --

24  new onset, and it occurred subsequent to the contact with

25  this penetration.

1     Q.   So based on all the information that you have,

2  would it be reasonable to conclude that this was caused by

3  a barbed wire?

4     A.   No.

5     Q.   Based on all the information you had, would it be

6  reasonable to conclude that this injury was caused by a

7  fall?

8     A.   No.  That is not what the patient reported, and

9  that was not consistenct of the injury.

10     Q.   Would it be reasonable to conclude, based on all

11  the information you had, that this injury was caused by

12  normal play that children do on a day-to-day basis?

13     A.   There was nothing that I -- I gleaned from my

14  verbal or physical assessment of the child that would lead

15  me to believe that, no.

16     Q.   So if there was no other information beyond this,

17  then one would have to guess about what else could have

18  caused this injury; is that accurate?

19     A.   That's correct.

20          MR. LONG:  Thank you, your Honor.

21          THE COURT:  Okay.  Before you step down,

22  ma'am, can I see the attorneys up here real quickly?

23          (Proceedings were had outside the hearing of

24  the jury and court reporter.)

25          THE COURT:  Ma'am, sometimes I get to ask

1    questions from the jury.

2              Talking about the size of the injury, how

3    was the size determined?  How was it measured?

4              THE WITNESS:  I photograph on the

5    colposcope.  There's a photograph taken on the colposcope,

6    and I'm able to measure that with an instrument that's

7    intricate on the part of the computer that you can take it

8    from the top to the bottom, and it'll draw that linear

9    line and it'll measure the distance across because the

10   areas are -- the tissues are small in that area, so we use

11   something that's more accurate.

12             THE COURT:  And, ma'am, when you give the

13   size of the injury, how accurate can that be?  How

14   accurate is your measurements?

15             THE WITNESS:  It's very accurate.  I've

16   taken the photographs already and then measured them on

17   the colposcope imagery, and I've taken it and physically

18   measured it as well against the scale that we have.  And

19   they're pretty accurate.  I would say more so with the

20   coloscope because it's computerized and it's generating

21   that output with its reading, with a mechanical reading.

22             THE COURT:  And can that be, I guess,

23   thousandths of a centimeter, the measurement; is it that

24   accurate?

25             THE WITNESS:  I'm three out on the decimal,

1   so that's pretty specific.

2                    THE COURT:  I think that's thousandths, but

3   I'm not sure.

4                    Do you have redirect, sir?  Or I'm sorry,

5   follow-up questions?

6                    MR. LONG:  I do have a couple of follow-up

7   questions based on those questions, your Honor.

8                    THE COURT:  Sure.  Are you turning the TV

9   there off or on?

10                    MR. LONG:  On.

11                    THE COURT:  On.  Okay.

12                         FURTHER EXAMINATION

13   BY MR. LONG:

14      Q.   Ms. Welch, I'm showing you Exhibits 101 and 103

15   side-by-side of one another.  If I could ask you to stand

16   and go to the screens and indicate, if you would, when

17   you're talking about the size, are you talking width,

18   length, or something else?

19      A.   The abraded area would have been through this

20   spot in here that was noted and where the uptake.  The

21   uptake, the lines around the outside of the abraded area

22   were still showing up with the toluidine when it was

23   rinsed off.  So I was able to put the marker on the

24   computer at the top, measure it down the length of the

25   abrasion, and then it would generate the size from there.

1  One centimeter is approximately 0.4 inches, so a little

2  less than half of a inch for one centimeter.

3      Q.   So that size indicates top to bottom; is that

4  accurate?

5      A.   Correct.  But the abrasion itself was more wider

6  than elliptical.  It was more egg-shaped or

7  circumferential, circular in nature because of the way it

8  was abraded.

9             MR. LONG:  Thank you, ma'am.

10            THE COURT:  Just a second.  Any additional

11  questions?

12                    FURTHER EXAMINATION

13  BY MR. GREEN:

14      Q.   Three point -- what's the number that you came up

15  with as far as the dimension?

16      A.   0.379 of a centimeter.

17      Q.   Okay.  And that you said was from the top of the

18  injury to the bottom of the injury, again, using that

19  diagram; correct?

20      A.   It's almost -- it's almost a diameter.  I would

21  have gone from the top to the bottom, whatever the

22  direction.

23      Q.   Side to side, it would be about the same?

24      A.   Correct.

25      Q.   So it was a fairly square or circular or --

1    A.   From my recollection without viewing again, that

2  was the shape of it.

3    Q.   Okay.  And I just want to make sure I'm real

4  clear.  You didn't take the picture and then set it on

5  your desk and use a scale to measure that; correct?

6    A.   No.  It was measured within the computer.

7    Q.   Within the computer.

8         So the scale and everything is adjusted

9  accurately so that the computer -- let me start over.

10        If I'm looking at a picture, I can make a

11  picture really big.  I can take that diagram and make it

12  this big.  And three point -- or 0.3 something centimeters

13  would look fairly large on a fairly small -- on a diagram

14  this big.  So the computer takes all that into

15  consideration?

16    A.   You put in the degree of magnification and it

17  determines based on magnification that was used in the

18  photograph.  It's also quite easy to verify that.  I can

19  tell after doing some of these exams, if it's way off, I

20  can certainly pick that up.

21             MR. GREEN:  Okay.  Thank you.

22             THE COURT:  Okay.  Mr. Long, may this

23  witness be excused?

24             MR. LONG:  Yes, your Honor.

25             THE COURT:  Mr. Green?

1              MR. GREEN:  Yes, your Honor.

2              THE COURT:  Okay.  Ma'am.  Could you hand me

3    the exhibit, please?

4              THE WITNESS:  Yes, sir.

5              THE COURT:  And I thank you very much for

6    your testimony.

7              THE WITNESS:  Thank you.

8              THE COURT:  I will tell you that the Rule of

9    Exclusion has been invoked, so even though you are excused

10   as a witness, you cannot talk to anybody else except the

11   lawyers about your testimony.

12             Okay.  Thank you very much.

13             THE WITNESS:  Yes, sir.

14             (Witness excused.)

15             THE COURT:  Mr. Long?  Your Honor, with the

16   introduction of the State's witnesses -- or the State's

17   witnesses and the introduction of the exhibits, the State

18   respectfully rests.

19             THE COURT:  All right, sir.  Thank you very

20   much.

21             Ladies and gentlemen, that has some legal

22   effects and some practical effects.  We're going to go

23   ahead and take the morning break right now.  Please

24   remember the admonition.  Todd will take you downstairs.

25             I can tell you that this particular break is

1    going to be a little longer than the 15 or 20 minutes.

2    Probably at least 30 minutes.   The attorneys and I need to

3    do some talking, okay?   But please enjoy yourself, and

4    we'll see you back up here within 30 or 40 minutes, at the

5    most.

6                    (The following proceedings were had outside

7    the presence and hearing of the jury.)

8                    THE COURT:   Folks, have a seat, please.

9                    First, Mr. Green, anything?

10                   MR. GREEN:   Your Honor, at this time I would

11   like to make a motion for judgment of acquittal pursuant

12   to Rule 20 in light of the fact that I believe that the

13   State has not proved all of the elements of sexual conduct

14   with a minor as charged, and all of the statutes that are

15   listed in the Indictment.

16                   THE COURT:   Well, for the purpose of the

17   record, is there any specific deficit you would like to

18   point to?

19                   MR. GREEN:   Your Honor, I believe under the

20   definition of intercourse, I believe that under 13-1401,

21   sexual intercourse means penetration into the penis,

22   vulva, or anus by any part of the body or any object or

23   masturbatory contact with the penis or vulva.

24                   Your Honor, I don't believe that the State

25   has proven beyond a reasonable doubt that the penetration

1    entered into beyond the vulva, your Honor.

2              THE COURT:  All right.  Sir, quick response.

3              MR. LONG:  Other than pointing out that his

4    standard is incorrect, the State has no response.

5              THE COURT:  Well, thank you.  And there has

6    been more than sufficient evidence for which a reasonable

7    jury could determine the State has carried its burden of

8    proof beyond a reasonable doubt as to the nature of the

9    offense, the nature of the alleged sexual intercourse or

10   penetration.  I think both, maybe all three medical

11   personnel, at least two, has said that that constitutes,

12   in their opinion, penetration in the vulva.

13             So with that, the Rule 20 or Motion for

14   Directed Verdict -- and I think you called it judgment for

15   acquittal -- is denied.

16             More importantly, we're going to take a

17   break now, and I want you to talk to your client because I

18   need to come back and find out from you where you're

19   headed.  If he is not going to testify, I want to talk

20   about the jury instructions.  If he is going to, we may

21   have to wait on those until his testimony is done.  So why

22   don't I give you about this first 15 minutes to have your

23   conversation, and let me know.

24             I was serious when I told the jury, I

25   probably won't get them back until quarter to 11:00.

1    Okay.  We're on a break.

2                   (A short recess was taken.)

3                   THE COURT:  Let's show the attorneys and

4    defendant is present.  The jury is on break.

5                   Among other things, the break was intended

6    to give Mr. Green an opportunity to consult with his

7    client.  Now, the State has rested.

8                   And, Mr. Green, have you had that

9    opportunity?

10                  MR. GREEN:  I have, your Honor.  My client

11   is not going to testify today.  The defense can rest at

12   this point.

13                  THE COURT:  All right, sir.  Let me talk

14   directly to Mr. Almanza then.

15                  Mr. Almanza, you have a right to testify if

16   you wish to.  The decision on testifying is your decision.

17   You can decide to testify even if your attorney thinks you

18   shouldn't.  You can decide not to testify if your attorney

19   thinks you should.  That decision is your decision, but

20   that decision should be made with the help, with the

21   advice of an attorney.

22                  I do not want to know what you and your

23   attorney talked about, but I will ask you directly, sir,

24   have you decided that you do not want to testify?

25                  THE DEFENDANT:  No, your Honor.

 1                    THE COURT INTERPRETER:  No, your Honor.

 2                    THE COURT:  Does that mean you do not want

 3    to testify, sir?

 4                    THE DEFENDANT:  Huh-uh.

 5                    THE COURT:  Okay.

 6                    MR. GREEN:  Say out loud.

 7                    THE DEFENDANT:  No.

 8                    THE COURT INTERPRETER:  No.

 9                    THE COURT:  All right.  Very good, sir.

10    Thank you very much.

11                    Now, do both sides have a copy of the second

12    draft?  I have not done a third draft.  I gave you both --

13                    MR. GREEN:  Sorry, your Honor, we had a

14    couple of negative questions with a couple of negative

15    answers.

16                    THE COURT:  Okay.  Mr. Almanza, we're going

17    to clarify it because -- and it's a fair thing for the

18    attorneys to want it to be real clear.  What is your

19    decision about testifying?  What have you decided to do?

20                    THE DEFENDANT:  No.

21                    THE COURT:  Okay.  Tell her that you want to

22    testify or you do not want to testify.

23                    THE DEFENDANT:  No, I don't want to testify.

24                    THE COURT INTERPRETER:  I don't want to

25    testify.

1          THE COURT:  Okay.  We'll show that both in

2 English and in Spanish, but thank you very much, sir.

3          Okay.  Having done that -- having done that,

4 and I thank you for clearing it up, Mr. Almanza, let's

5 talk about the jury instructions real quickly.

6          (The jury instructions conference was

7 reported but not transcribed.)

8          (A short recess was taken.)

9          (The following proceedings were had in the

10 presence and hearing of the jury.)

11          THE COURT:  Let's have the record show the

12 presence of the attorneys, the defendant, Mr. Almanza, and

13 the jury is now back in the courtroom.  The State has

14 rested.

15          And, Mr. Green?

16          MR. GREEN:  Your Honor, the defense is going

17 to rest at this point.

18          And I would also like to re-urge my Rule 20

19 motion at this point in time.

20          THE COURT:  All right.  And it's denied for

21 the reasons we previously discussed.

22          Okay.  Guess what that means to you folks?

23 That means that all the presentation of evidence has been

24 concluded, that the case will end up being submitted to

25 you.  As I discussed in voir dire in the preliminary

1   instructions, what's going to happen is I need to read to

2   you the final instructions, and then invite the attorneys

3   to make closing arguments.  I'll be getting those final

4   instructions copied during the lunch break.  You folks are

5   going to have an early lunch break.  And I think they're

6   bringing the food up here to the jury room.  It should be

7   here pretty soon.  I think it was scheduled to be picked

8   up about 11:15.  You may want to go downstairs and relax a

9   little bit, and then Todd can bring you back up here as

10  soon as we know the food is here, if you like.

11              But, please, presentation of the evidence is

12  done, but it's still very important that you remember that

13  admonition and not discuss the case at all with each other

14  no matter how you feel about it until you're all together

15  back here in the jury room.

16              What'll happen before deliberations, you'll

17  hear the final instructions, you'll hear the closing

18  arguments of the attorneys.  I will also draw the

19  alternate jurors.  And like I told you, be it random, is

20  either one of you could be an alternate, but all of you

21  have to plan on being one of the 12 that you deliberate.

22  One of the good things that you have at this stage,

23  everybody gets lunch instead of just the 12 who are left.

24  You wait in the room if you like, or once you're there, if

25  you wander downstairs and take a little fresh air break,

1   you're welcome to do that, but I want to start again at

2   1:00 o'clock, so wherever you are, Todd will need to make

3   sure that you are ready at 1:00 o'clock.  Even if you

4   wander off after you eat, please be back in the jury

5   assembly room quarter to 1:00.

6                   Any questions?  Attorneys, anything before I

7   send them to lunch?  Mr. Long?

8                   MR. LONG:  Nothing from the State.

9                   THE COURT:  Mr. Green?

10                  MR. GREEN:  No, your Honor.

11                  THE COURT:  Okay.  Folks, enjoy your lunch

12  break and enjoy your lunches.

13                  (The noon recess was taken.)

14                  (The following proceedings were had outside

15  the presence and hearing of the jury.)

16                  THE COURT:  Let's show the attorneys and Mr.

17  Almanza is present in the courtroom.  They are ready to be

18  brought in.  It is time for closing and reading of the

19  final instructions.

20                  A few minutes ago I dropped off or had given

21  to each of the attorneys a copy of the final instructions.

22                  Mr. Long, did you get your copy?

23                  MR. LONG:  Yes, your Honor.

24                  THE COURT:  Have you had a chance to glance

25  through them, at least?

1          MR. LONG:  Yes, your Honor.

2          THE COURT:  Does that cover what we talked

3    about in our discussion in the final instructions?

4          MR. LONG:  It does, your Honor.

5          THE COURT:  Anything else we need, subject

6    to our discussion, of course?

7          MR. LONG:  Not from the State.

8          THE COURT:  Mr. Green, have you received

9    your copy?

10          MR. GREEN:  I have it here in my hand, your

11    Honor, and, yes, I have reviewed it.

12          THE COURT:  Again, subject to our

13    discussion, is there anything else that needs to be done

14    with those instructions?

15          MR. GREEN:  No, your Honor.

16          THE COURT:  Okay.  Thank you very much.

17          Okay.  We'll get the jury in now.  My hope

18    is I can read the instructions, get closings done all in

19    one package without a break in there hopefully.

20          I will say the interpreter has a set of

21    instructions to assist her in going through those.

22          (The following proceedings were had in the

23    presence and hearing of the jury.)

24          THE COURT:  Have the record show the

25    presence of the attorneys, the defendant, Mr. Almanza, the

1  jury is now back in the courtroom after the lunch recess.

2              Again, ladies and gentlemen, welcome back.

3  We are at the stage of the case where the case is going to

4  be presented to you as deliberations.  As part of that, I

5  am going to give you final instructions, but I will ask

6  you each to first open your notebooks, take out those

7  preliminary instructions we started with, pass them down

8  to the end of the line, and they'll be collected by the

9  bailiff.

10             And Todd is now going to pass out to you the

11  final instructions.  The top set has eight, the bottom

12  seven, okay?  So you have a back row and front row.

13             You can do the same thing with these final

14  instructions that we did with the preliminary

15  instructions.  Keep them out, follow along as I read them

16  to you, if you'd like, or put them in your notebooks and

17  just listen to me and read the final instructions.

18             Each of you will have a set of these final

19  instructions when you do retire to deliberate.  You also

20  have verdict forms, which I'll be talking to you about.

21  You also also have all the evidence that has been admitted

22  into evidence which will all be available for your

23  deliberations.

24             Okay.  With that, we're just waiting for

25  everybody to get one.  Are we short one?  Okay.  Everybody

1   has one.

2                  (Reading of the final jury instructions and

3   closing argument of counsel was reported but not

4   transcribed.)

5                  (The bailiff was sworn.)

6                  THE COURT:  Okay.  Again, anything else from

7   counsel?  From the State, sir?

8                  MR. LONG:  No, your Honor.

9                  THE COURT:  From the defendant?

10                 MR. GREEN:  No, your Honor.

11                 THE COURT:  Okay.  Thank you very much.  I

12  do always give this instruction to the attorneys.  I know

13  the clerk has gone through it once, but before any exhibit

14  goes to the jury, please go through them and make sure

15  that only those that had been admitted are going to the

16  jury.

17                 Okay.  And with that, folks, Todd will take

18  you out to the jury room.

19                 Alternates, stick around so we can get phone

20  numbers.  And we are at recess until a verdict is

21  returned.

22                 (The jury retired to the jury room to

23  deliberate.)

24                 (The following proceedings were had in the

25  presence and hearing of the jury.)

1          THE COURT:  Let's have the record reflect

2 the presence of the attorneys, the defendant, Mr. Almanza,

3 and the jury is now back in the courtroom.

4          Ladies and gentlemen of the jury, I've been

5 informed that the jury has reached a verdict; is that

6 correct?

7          THE JURY FOREPERSON:  We have, your Honor.

8          THE COURT:  Okay.  Would the foreperson

9 please give the verdict form to the bailiff?  Thank you,

10 Todd.

11          Okay.  At this time I'm going to ask that

12 the clerk read the verdict.

13          THE CLERK:  Omitting the formal caption

14 therein, the verdict reads as follows:  We, the jury, duly

15 empanelled and sworn in the above-entitled and numbered

16 cause, do upon our oaths find the defendant, Fernando

17 Almanza, guilty of Sexual Conduct with a Minor.

18          We further find beyond a reasonable doubt

19 the victim was under 12 years of age.

20          Dated this 7th day of October 2013.  Signed

21 by the jury foreperson.

22          Ladies and gentlemen of the jury, is this

23 your verdict?  If so, please answer yes.

24          THE JURY:  Yes.

25          THE COURT:  Would either counsel like the

1   jury polled?  Mr. Long?

2              MR. LONG:  Yes, your Honor.

3              THE COURT:  Okay.  And Mr. Green also.

4              What we do in polling is the clerk is simply

5   going to ask each of you individually, is that your

6   verdict.  If so, say yes.  And what we do instead of

7   calling your names is by number, and we start by number 1,

8   back row, top corner, and we'll go down this way, so we

9   have 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12.  So if the

10  number is called, just please respond to the question, if

11  you would.

12             THE CLERK:  Juror Number 1, is this your

13  verdict?  If so, please answer yes.

14             JUROR NO. 1:  Yes.

15             THE CLERK:  Juror Number 2, is this your

16  verdict?  If so, please answer yes.

17             JUROR NO. 2:  Yes.

18             THE CLERK:  Juror Number 3, is this your

19  verdict?  If so, please answer yes.

20             JUROR NO. 3:  Yes.

21             THE CLERK:  Juror Number 4, is this your

22  verdict?  If so, please answer yes.

23             JUROR NO. 4:  Yes.

24             THE CLERK:  Juror Number 5, is this your

25  verdict?  If so, please answer yes.

```
 1                    JUROR NO. 5:  Yes.

 2                    THE CLERK:  Juror Number 6, is this your

 3   verdict?  If so, please answer yes.

 4                    JUROR NO. 6:  Yes.

 5                    THE CLERK:  Juror Number 7, is this your

 6   verdict?  If so, please answer yes.

 7                    JUROR NO. 7:  Yes.

 8                    THE CLERK:  Juror Number 8, is this your

 9   verdict?  If so, answer please yes.

10                    JUROR NO. 8:  Yes.

11                    THE CLERK:  Juror Number 9, is this your

12   verdict?  If so, please answer yes.

13                    JUROR NO. 9:  Yes.

14                    THE CLERK:  Juror Number 10, is this your

15   verdict?  If so, please answer yes.

16                    JUROR NO. 10:  Yes.

17                    THE CLERK:  Juror Number 11, is this your

18   verdict?  If so, please answer yes.

19                    JUROR NO. 11:  Yes.

20                    THE CLERK:  Juror Number 12, is this your

21   verdict?  If so, please answer yes.

22                    JUROR NO. 12:  Yes.

23                    THE COURT:  Okay.  Thank you very much.

24                    Ladies and gentlemen of the jury, this now

25   -- we are now at the end.  You returned your verdict.  It
```

1   is time for me to release you from the admonition.  The

2   admonition I talked to you about is now vacated or you're

3   released from it, which means you're free to talk about

4   your jury service with other people if you wish to.

5            Sometimes the attorneys like to talk to the

6   jurors or have members of their staff talk to the jurors.

7   It's one part of their professional education is maybe to

8   have comments about what you think they did right or

9   wrong.  Other people may want to ask you about it.  If you

10  do not want to talk about it, just tell people, I don't

11  want to talk about it.  They'll leave you alone.

12  Particularly the attorneys will not bother you if you

13  don't want to talk about it.  If you do want to talk about

14  it, feel free to talk about it.

15           Personally, I would like to thank you all

16  very much.  I know it's been a long week.  We started this

17  off a week ago Monday.  We thought we'd be going whatever

18  that amounts to, six days, it turned out to be five, but I

19  know it's been an inconvenience to you all to some degree.

20  I truly appreciate your service.

21           On behalf of Pinal County and certainly our

22  justice system, I thank you for performing one of the most

23  important duties as a citizen, so thank you very much.

24  You're free to go.

25           Oh, well, leave your juror badges.  We use

1  those many times again.  Just drop them on the chair, put

2  them on the counter, it doesn't matter.  The bailiff will

3  clean those up.

4            I did tell you, and I'll remind you, the

5  bailiff will collect all your notes and they'll be

6  destroyed.  Nobody reads those notes.

7            Okay.  Free to go.  Thank you very much.

8            The alternate, I think we had at least one

9  come back or at least two, okay.

10            Take them out, Todd.  I need to talk to the

11  attorneys.

12            (The following proceedings were had outside

13  the presence and hearing of the jury.)

14            THE COURT:  Based on the nature of the

15  offense, the finding of guilty, any release conditions

16  previously set are vacated.  The defendant will be held

17  without bond pending sentencing.

18            Sentencing, because of my role now with the

19  courthouse, I'm going to set it on a Friday.  And we're

20  going to set it on Friday, November 8, 2013, 9:00 o'clock

21  in the morning.

22            And we have a probation representative here.

23  I'm looking to see.  We do have one.

24            MR. WHEELER:  Yes, your Honor.

25            THE COURT:  9:00 o'clock in the morning,

1  Friday, November 8, 2013.

2              Mr. Almanza, because it was a jury trial, is

3  not ordered to cooperate with factual information, but to

4  cooperate at least with the biographical information

5  necessary to write the report.  Pre-sentence report is

6  ordered.  Any other hearings previously set are vacated,

7  any other release conditions previously set are vacated.

8              Mr. Long, anything else?

9              MR. LONG:  Nothing from the State, your

10 Honor.

11             THE COURT:  Thank you.

12             Mr. Green?

13             MR. GREEN:  Your Honor, I believe I will be

14 requesting a 26.5 review in this matter.  I can do that in

15 writing.  I don't know if the court wants to take an oral

16 motion at this time.

17             THE COURT:  No.  I'd actually prefer that

18 you put it in writing, although you're certainly welcome

19 to do so, and I think the rule says I grant those unless

20 there's really a reason for me not to.

21             What I'd ask you to do on those motions,

22 though, because my schedule is not a fixed schedule

23 anymore, get it to Judge Olson's office, and they'll let

24 me know if there's anything I need to rule on, okay?

25             MR. GREEN:  Thank you.

1              THE COURT:  Other than that, Mr. Green,

2    anything else?

3              MR. GREEN:  No, your Honor.

4              THE COURT:  Counsel, I want to thank both of

5    you for doing a professional job, a good job, and I thank

6    you very much.

7              We're at recess.

8              (The proceedings were adjourned.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5                    C E R T I F I C A T E

6

7          I, MICHELLE L. WELLNER, CR, RPR, do hereby

8   certify that the foregoing pages constitute a full, true,

9   and accurate transcript of the proceedings had in the

10   foregoing matter, all done to the best of my skill and

11   ability.

12          WITNESS my hand this 28th day of February,

13   2014.

14

15          MICHELLE L. WELLNER, CR, RPR
             Certified Reporter #50742

16

17

18

19

20

21

22

23

24

25

1

## #

**#50742** [2] - 1:22, 76:15

## '

**'95** [1] - 8:16

## 0

**0.3** [1] - 57:12
**0.379** [1] - 56:16
**0.379-centimeter** [1] - 27:23
**0.4** [1] - 56:1

## 1

**1** [7] - 45:7, 45:18, 47:11, 70:7, 70:9, 70:12, 70:14
**1-3-0** [2] - 39:8, 39:9
**10** [4] - 12:4, 70:9, 71:14, 71:16
**101** [2] - 31:1, 55:14
**103** [10] - 3:15, 34:19, 34:23, 35:14, 35:15, 37:11, 37:14, 37:16, 38:3, 55:14
**106** [1] - 30:23
**10:30** [1] - 46:8
**11** [3] - 70:9, 71:17, 71:19
**110** [11] - 3:15, 15:23, 16:12, 39:3, 45:9, 46:1, 51:25, 52:2, 52:7, 52:8, 52:9
**11:00** [1] - 60:25
**11:15** [1] - 64:8
**12** [6] - 64:21, 64:23, 69:19, 70:9, 71:20, 71:22
**12:00** [1] - 17:4
**13-1401** [1] - 59:20
**13-1421** [1] - 5:7
**130** [7] - 3:16, 34:19, 39:15, 39:19, 39:22, 39:24, 40:4
**15** [4] - 4:8, 5:17, 59:1, 60:22
**1976** [1] - 7:25
**1995** [1] - 8:15
**1:00** [3] - 65:2, 65:3, 65:5

## 2

**2** [6] - 1:6, 48:7, 48:22, 70:9, 70:15, 70:17

**20** [6] - 4:8, 12:5, 59:1, 59:12, 60:13, 63:18
**2011** [2] - 9:16, 17:9
**2013** [4] - 1:11, 69:20, 73:20, 74:1
**2014** [1] - 76:13
**2014-0034** [1] - 1:6
**23** [2] - 9:16, 17:9
**26** [1] - 8:9
**26.5** [1] - 74:14
**28th** [1] - 76:12

## 3

**3** [4] - 38:13, 70:9, 70:18, 70:20
**30** [3] - 43:2, 59:2, 59:4
**36** [1] - 3:6
**37** [2] - 3:7, 3:15
**39** [1] - 3:16
**3:00** [1] - 17:6

## 4

**4** [3] - 70:9, 70:21, 70:23
**40** [1] - 59:4
**43** [1] - 3:7

## 5

**5** [4] - 1:17, 70:9, 70:24, 71:1
**50** [1] - 3:8
**52** [1] - 3:15
**54** [1] - 3:8
**55** [1] - 3:9
**56** [1] - 3:9

## 6

**6** [11] - 3:6, 38:13, 45:7, 45:8, 45:10, 45:18, 45:19, 70:9, 71:2, 71:4
**6:00** [6] - 17:7, 28:21, 32:5, 32:24, 36:6, 36:10

## 7

**7** [5] - 1:11, 38:13, 70:9, 71:5, 71:7
**700** [3] - 8:21, 14:6
**7th** [1] - 69:20

## 8

**8** [5] - 70:9, 71:8,

**71:10, 73:20, 74:1
**87** [1] - 41:13
**8:43** [1] - 1:11

## 9

**9** [4] - 38:13, 70:9, 71:11, 71:13
**9:00** [4] - 17:6, 46:7, 73:20, 73:25

## A

**A-D-A** [1] - 17:15
**a.m** [1] - 1:11
**ability** [2] - 10:19, 76:11
**able** [6] - 10:24, 16:17, 40:22, 41:23, 54:6, 55:23
**above-entitled** [1] - 69:15
**abraded** [4] - 41:9, 55:19, 55:21, 56:8
**abrasion** [11] - 27:23, 28:5, 28:8, 28:18, 30:10, 32:23, 40:24, 44:22, 44:25, 55:25, 56:5
**abrasions** [2] - 28:11, 44:20
**absolutely** [1] - 24:8
**abuse** [8] - 8:6, 10:7, 11:6, 11:7, 14:17, 16:23, 16:25
**accident** [1] - 51:3
**accommodate** [1] - 32:16
**accomplishes** [1] - 15:1
**accurate** [29] - 10:9, 10:19, 13:16, 18:8, 20:15, 20:22, 22:24, 23:6, 23:22, 24:1, 24:15, 24:21, 28:5, 28:18, 30:25, 33:1, 33:23, 34:2, 38:22, 39:16, 53:18, 54:11, 54:13, 54:14, 54:15, 54:19, 54:24, 56:4, 76:9
**accurately** [1] - 57:9
**acidic** [1] - 27:12
**acquittal** [2] - 59:11, 60:15
**act** [1] - 24:6
**active** [1] - 40:12
**actively** [1] - 40:11
**actual** [2] - 15:9, 23:9
**Ada** [21] - 17:15,

**19:24, 21:16, 24:14, 24:21, 27:2, 28:25, 29:24, 30:11, 30:14, 32:22, 33:7, 33:21, 35:10, 42:5, 43:8, 44:12, 45:5, 47:7, 48:25, 52:14
**Ada's** [4] - 24:17, 26:21, 34:9, 39:16
**addition** [1] - 8:16
**additional** [5] - 10:18, 10:20, 10:23, 36:21, 56:10
**address** [1] - 35:17
**adhere** [2] - 40:18, 40:20
**adjourned** [1] - 75:8
**adjusted** [1] - 57:8
**admission** [1] - 52:2
**admit** [1] - 39:18
**admittance** [1] - 35:13
**admitted** [10] - 37:12, 37:14, 39:23, 39:24, 41:12, 52:8, 52:9, 67:21, 68:15
**admonition** [4] - 58:24, 64:13, 72:1, 72:2
**adult** [5] - 7:16, 9:24, 11:16, 24:9, 33:12
**adults** [2] - 22:13, 42:10
**advanced** [1] - 8:12
**advice** [1] - 61:21
**affect** [1] - 13:4
**age** [3] - 18:10, 21:8, 69:19
**ago** [2] - 65:20, 72:17
**ahead** [11] - 21:23, 30:24, 34:16, 35:23, 39:23, 40:2, 46:3, 46:21, 48:17, 51:18, 58:23
**air** [1] - 64:25
**airway** [1] - 25:7
**alcohol** [1] - 8:6
**alike** [1] - 42:10
**allegations** [1] - 5:9
**alleged** [1] - 60:9
**allergies** [2] - 10:2, 18:23
**allow** [1] - 4:23
**ALMANZA** [1] - 1:6
**Almanza** [12] - 4:4, 6:2, 61:14, 61:15, 62:16, 63:4, 63:12, 65:17, 66:25, 69:2, 69:17, 74:2
**almost** [2] - 56:20
**alone** [5] - 19:8, 19:10,

**19:12, 24:21, 72:11
**alternate** [3] - 64:19, 64:20, 73:8
**alternates** [1] - 68:19
**amounts** [1] - 72:18
**anal** [1] - 15:3
**anatomy** [1] - 38:19
**AND** [1] - 1:2
**anogenital** [5] - 17:3, 25:24, 27:6, 27:18, 42:3
**answer** [13] - 69:23, 70:13, 70:16, 70:19, 70:22, 70:25, 71:3, 71:6, 71:9, 71:12, 71:15, 71:18, 71:21
**answers** [1] - 62:15
**anus** [2] - 26:6, 59:22
**apart** [1] - 29:10
**Appeal** [1] - 1:6, 1:21
**Appearance** [1] - 21:20
**appeared** [2] - 21:2
**application** [2] - 26:16, 27:12
**appreciate** [1] - 72:20
**approach** [4] - 31:4, 34:15, 36:14, 45:13
**appropriate** [1] - 21:8
**appropriately** [1] - 22:1
**approximate** [1] - 18:10
**area** [27] - 7:12, 10:6, 12:7, 12:19, 12:22, 14:2, 25:4, 26:5, 26:12, 26:18, 26:19, 27:6, 27:9, 27:18, 32:7, 33:7, 35:8, 39:12, 42:3, 42:11, 42:16, 42:19, 43:1, 54:10, 55:19, 55:21
**areas** [15] - 17:2, 22:16, 25:17, 25:22, 26:4, 26:9, 26:15, 26:24, 27:2, 27:5, 29:18, 29:20, 39:14, 54:10
**argument** [1] - 68:3
**arguments** [2] - 64:3, 64:18
**ARIZONA** [2] - 1:1, 1:3
**Arizona** [3] - 1:10, 2:4, 45:17
**arm** [2] - 12:14, 51:2
**articulated** [3] - 22:1, 22:3, 22:4
**articulating** [1] - 23:3
**ascertain** [1] - 50:25
**aspects** [2] - 17:24,

17:25
assailant [1] - 25:21
Assault [3] - 45:17, 46:6, 47:10
assault [1] - 13:7
assaulted [1] - 7:21
assaulting [1] - 11:12
assembly [1] - 65:5
assessment [4] - 23:15, 25:6, 25:10, 53:14
assist [4] - 11:3, 16:8, 26:2, 66:21
assistant [1] - 8:1
assisted [1] - 25:1
assisting [1] - 19:7
associated [1] - 11:7
assume [2] - 48:9, 49:9
attorney [4] - 61:17, 61:18, 61:21, 61:23
Attorney [1] - 2:7
Attorneys [1] - 2:4
attorneys [20] - 4:4, 4:7, 5:17, 6:1, 53:22, 59:2, 61:3, 62:18, 63:12, 64:2, 64:18, 65:6, 65:16, 65:21, 66:25, 68:12, 69:2, 72:5, 72:12, 73:11
author [2] - 15:24, 16:1
authored [1] - 51:21
available [1] - 67:22
avoids [1] - 44:6
aware [1] - 5:4

**B**

baby [1] - 15:4
background [2] - 7:25, 10:8
backgrounds [1] - 7:14
badges [1] - 72:25
bailiff [5] - 67:9, 68:5, 69:9, 73:2, 73:5
barbed [4] - 44:19, 52:13, 52:14, 53:3
barrel [2] - 32:11, 32:19
based [17] - 9:19, 12:1, 12:25, 16:23, 24:5, 41:3, 41:24, 42:4, 42:24, 43:6, 50:10, 53:1, 53:5, 53:10, 55:7, 57:17, 73:14
basic [1] - 8:13
basis [1] - 53:12

battlefield [1] - 8:10
became [1] - 8:2
become [1] - 31:25
becomes [1] - 31:24
beds [1] - 41:10
BEFORE [1] - 1:13
began [1] - 7:25
beginning [2] - 18:18, 47:19
behalf [1] - 72:21
Behalf [2] - 2:2, 2:6
Behavior [1] - 21:20
belly [1] - 17:5
below [1] - 47:12
best [1] - 76:10
better [2] - 4:25, 18:25
between [2] - 17:6, 46:7
beyond [5] - 53:16, 59:25, 60:1, 60:8, 69:18
big [4] - 26:8, 57:11, 57:12, 57:14
bike [2] - 29:11, 30:6
biographical [1] - 74:4
bit [3] - 7:22, 42:21, 64:9
bladder [1] - 25:7
bleeding [4] - 40:11, 40:12, 42:18
blood [10] - 41:4, 41:8, 41:11, 41:15, 41:16, 41:19, 41:23, 41:25, 42:6, 42:19
blue [2] - 40:13, 41:1
Body [1] - 3:16
body [13] - 12:9, 14:14, 22:14, 22:16, 25:23, 34:24, 35:2, 35:3, 35:7, 35:9, 39:11, 40:7, 59:22
bond [1] - 73:17
border [2] - 33:2, 33:3
bother [1] - 72:12
bottom [6] - 33:6, 54:8, 56:3, 56:18, 56:21, 67:11
bowel [1] - 25:7
boy's [1] - 29:11
BOYD [1] - 1:13
break [12] - 4:23, 58:23, 58:25, 60:17, 61:1, 61:4, 61:5, 64:4, 64:5, 64:25, 65:12, 66:19
breathing [1] - 25:7
bring [3] - 5:6, 5:8, 64:9
bringing [1] - 64:6
broken [1] - 51:2

brought [1] - 65:18
bruising [1] - 29:21
burden [1] - 60:7
burn [1] - 28:14
burning [3] - 27:11, 49:10, 52:22
butt [1] - 20:13
button [1] - 17:5
BY [21] - 7:2, 17:21, 21:24, 22:2, 31:11, 34:17, 36:2, 36:24, 37:19, 38:2, 39:2, 40:3, 43:18, 45:15, 46:4, 46:23, 50:2, 51:19, 52:10, 55:13, 56:13

**C**

CA [1] - 1:6
CA-CR [1] - 1:6
cannot [1] - 58:10
capacity [2] - 8:4, 8:10
capillaries [1] - 28:16
capillary [1] - 41:10
caption [1] - 69:13
car [1] - 51:3
cardiac [1] - 8:12
care [5] - 7:25, 8:5, 9:8, 18:20, 19:6
carried [1] - 60:7
case [12] - 4:22, 15:14, 15:24, 19:12, 19:24, 24:14, 26:16, 28:17, 63:24, 64:13, 67:3
cases [9] - 8:23, 8:25, 9:7, 11:23, 11:24, 12:3, 14:5, 14:17, 34:10
catheterizations [1] - 10:13
caused [6] - 50:19, 52:12, 53:2, 53:6, 53:11, 53:18
cell [2] - 40:18, 40:19
cells [1] - 40:16
center [2] - 40:17, 46:5
centimeter [4] - 54:23, 56:1, 56:2, 56:16
centimeters [1] - 57:12
certainly [4] - 37:17, 57:20, 72:21, 74:18
Certified [1] - 1:22, 76:15
certify [1] - 76:8
chair [1] - 73:1
chance [1] - 65:24
changed [1] - 25:3

charged [1] - 59:14
check [1] - 6:4
cheek [3] - 12:12, 20:12, 23:6
chest [2] - 39:11, 39:12
child [64] - 9:23, 10:6, 10:7, 11:6, 11:11, 11:14, 11:15, 11:21, 12:18, 16:23, 16:24, 17:9, 18:19, 18:22, 18:24, 18:25, 19:3, 19:5, 19:8, 19:9, 19:10, 19:12, 20:18, 21:12, 21:19, 22:21, 23:3, 24:6, 24:8, 24:25, 25:2, 25:5, 25:11, 25:12, 25:14, 25:16, 26:2, 26:6, 26:9, 26:11, 26:24, 27:24, 31:17, 31:18, 31:24, 32:14, 34:8, 41:6, 42:8, 43:21, 44:2, 44:6, 44:15, 46:9, 48:10, 48:14, 48:16, 49:1, 49:8, 52:19, 53:14
child's [2] - 18:21, 21:8
childbirth [1] - 14:22
children [18] - 10:12, 10:16, 11:19, 12:16, 21:1, 22:13, 22:25, 26:5, 32:3, 34:1, 42:10, 42:14, 42:22, 42:25, 43:2, 43:7, 52:21, 53:12
Children's [2] - 15:15, 16:16
chooses [1] - 4:25
chronic [2] - 14:17, 34:10
circle [2] - 38:12, 48:22
circled [1] - 47:11
circular [2] - 56:7, 56:25
circulation [1] - 25:7
circumferential [1] - 56:7
citizen [1] - 72:23
city [1] - 7:10
civil [1] - 9:11
clarify [2] - 45:6, 62:17
clean [1] - 73:3
clear [2] - 57:4, 62:18
clearing [1] - 63:4
clearly [2] - 27:5, 27:17
clerk [3] - 68:13,

69:12, 70:4
CLERK [13] - 69:13, 70:12, 70:15, 70:18, 70:21, 70:24, 71:2, 71:5, 71:8, 71:11, 71:14, 71:17, 71:20
client [6] - 4:17, 4:25, 5:12, 60:17, 61:7, 61:10
climbing [2] - 44:18
clitoral [1] - 31:22
clitoris [2] - 31:19
clock [3] - 17:1, 17:6
closed [1] - 32:13
closing [4] - 64:3, 64:17, 65:18, 68:3
closings [1] - 66:18
clothed [1] - 22:21
clothing [1] - 25:3
clue [1] - 19:4
CO [1] - 49:9
collateral [1] - 29:16
collect [1] - 73:5
collected [1] - 67:8
collecting [1] - 10:4
colloquy [1] - 5:2
coloscope [1] - 54:20
colposcope [4] - 26:13, 54:5, 54:17
comfortable [3] - 6:19, 11:14, 25:13
coming [3] - 28:11, 29:10, 31:18
comments [1] - 72:8
commissure [2] - 27:23, 32:8
common [2] - 11:7, 16:24, 17:5
community [1] - 13:11
complained [2] - 49:9
complaining [1] - 25:17
complaint [1] - 52:19
complete [3] - 13:25, 14:1, 14:23
completely [5] - 12:24, 14:10, 14:11, 14:19, 15:10
comprehensive [2] - 7:20, 10:3
computer [6] - 54:7, 55:24, 57:6, 57:7, 57:9, 57:14
computerized [1] - 54:20
concentration [1] - 27:14
concept [1] - 18:25
concern [1] - 19:6
conclude [4] - 51:8,

53:2, 53:6, 53:10
**concluded** [1] - 63:24
**condition** [1] - 10:2
**conditions** [3] - 13:4, 73:15, 74:7
**conduct** [1] - 59:13
**Conduct** [1] - 69:17
**conducted** [3] - 8:20, 9:13, 43:7
**conducting** [1] - 22:7
**conference** [1] - 63:6
**conferred** [1] - 16:13
**confirmed** [1] - 41:19
**confusing** [2] - 22:14, 26:5
**confusion** [1] - 45:12
**conjunction** [1] - 20:21
**consider** [1] - 28:10
**consideration** [2] - 13:1, 57:15
**considered** [1] - 30:11
**consistence** [1] - 53:9
**consistent** [16] - 18:14, 22:4, 28:25, 29:1, 29:3, 30:2, 38:10, 41:8, 41:16, 41:17, 41:20, 42:5, 42:17, 43:8, 44:12, 52:14
**consists** [1] - 33:10
**constitute** [1] - 76:8
**constitutes** [1] - 60:11
**consult** [2] - 8:22, 61:6
**consultations** [1] - 15:13
**contact** [20] - 5:9, 12:18, 13:15, 13:17, 18:3, 19:2, 25:18, 25:20, 25:23, 26:3, 26:10, 27:6, 27:7, 27:16, 27:17, 42:13, 42:18, 44:4, 52:24, 59:23
**contemporaneously** [2] - 47:23, 48:13
**continue** [1] - 4:20
**Continued** [1] - 3:7
**continued** [2] - 8:6, 37:18
**contract** [2] - 7:16, 8:24
**contractor** [1] - 9:9
**contributors** [1] - 24:11
**control** [1] - 15:8
**controlled** [2] - 15:4, 15:6
**conversation** [4] -

4:17, 18:7, 48:9, 60:23
**cookies** [1] - 5:18
**cooperate** [2] - 74:3, 74:4
**cooperative** [1] - 21:25
**copied** [1] - 64:4
**Copy** [1] - 3:16
**copy** [5] - 45:19, 62:11, 65:21, 65:22, 66:9
**corner** [4] - 36:8, 45:8, 45:16, 70:8
**correct** [63] - 8:18, 9:6, 9:14, 10:10, 10:20, 10:25, 15:11, 15:12, 17:10, 17:11, 17:15, 18:9, 20:16, 20:20, 20:23, 23:7, 23:23, 24:2, 24:16, 24:22, 28:6, 28:19, 33:3, 33:24, 34:3, 35:1, 35:11, 36:4, 36:5, 36:8, 36:9, 37:7, 38:12, 39:8, 39:9, 39:17, 44:9, 44:10, 45:4, 46:1, 46:2, 47:1, 47:8, 47:9, 47:13, 47:14, 48:4, 48:5, 48:6, 48:11, 48:20, 48:23, 48:24, 49:5, 49:11, 49:13, 49:16, 53:19, 56:5, 56:19, 56:24, 57:5, 69:6
**counsel** [4] - 68:3, 68:7, 69:25, 75:4
**counter** [1] - 73:2
**counterpart** [1] - 31:20
**COUNTY** [1] - 1:2
**County** [3] - 2:4, 2:4, 72:21
**couple** [4] - 45:6, 55:6, 62:14
**course** [1] - 66:6
**court** [5] - 9:2, 36:18, 46:18, 53:24, 74:15
**COURT** [104] - 1:1, 4:3, 4:12, 4:14, 4:19, 4:24, 5:4, 5:10, 5:16, 5:25, 6:8, 6:11, 6:14, 6:18, 17:16, 21:23, 30:22, 30:24, 31:2, 31:8, 34:16, 35:15, 35:20, 36:16, 36:19, 36:23, 37:11, 37:17, 37:22, 38:1, 38:25, 39:20, 39:22, 40:2,

43:15, 45:11, 45:22, 45:25, 46:3, 46:14, 46:19, 49:21, 51:14, 51:17, 51:18, 52:3, 52:5, 52:7, 53:21, 53:25, 54:12, 54:22, 55:2, 55:8, 55:11, 56:10, 57:22, 57:25, 58:2, 58:5, 58:8, 58:15, 58:19, 59:8, 59:16, 60:2, 60:5, 61:3, 61:13, 62:1, 62:2, 62:5, 62:8, 62:9, 62:16, 62:21, 62:24, 63:1, 63:11, 63:20, 65:9, 65:11, 65:16, 65:24, 66:2, 66:5, 66:8, 66:12, 66:16, 66:24, 68:6, 68:9, 68:11, 69:1, 69:8, 69:25, 70:3, 71:23, 73:14, 73:25, 74:11, 74:17, 75:1, 75:4
**Court** [1] - 1:22
**court's** [7] - 15:22, 16:11, 20:7, 21:22, 30:19, 31:6, 39:25
**courthouse** [1] - 73:19
**courtroom** [5] - 5:20, 63:13, 65:17, 67:1, 69:3
**cover** [2] - 5:5, 66:2
**CR** [4] - 1:6, 1:21, 76:7, 76:15
**CR201103026** [1] - 1:5
**create** [1] - 33:20
**creating** [1] - 47:5
**Cross** [1] - 3:7
**CROSS** [1] - 43:17
**cross** [1] - 35:18
**Cross-Examination** [1] - 3:7
**cross-examination** [1] - 35:18
**CROSS-EXAMINATION** [1] - 43:17
**crossing** [4] - 23:18, 23:22, 23:25, 24:3
**crotch** [1] - 42:2
**curling** [1] - 24:4
**current** [3] - 10:25, 11:1, 11:3
**cut** [3] - 15:6, 27:14, 40:24
**cutting** [3] - 14:23, 15:9, 52:16

**D**

**dabbed** [1] - 42:8
**dated** [1] - 69:20
**DAY** [1] - 1:17
**day-to-day** [1] - 53:12
**days** [9] - 13:6, 13:8, 13:14, 13:15, 13:23, 14:3, 14:10, 14:11, 72:18
**deal** [2] - 50:11, 50:12
**decide** [2] - 61:17, 61:18
**decided** [2] - 61:24, 62:19
**decimal** [1] - 54:25
**decision** [6] - 61:16, 61:19, 61:20, 62:19
**decisions** [1] - 4:15
**Defendant** [2] - 1:7, 2:6
**DEFENDANT** [5] - 61:25, 62:4, 62:7, 62:20, 62:23
**defendant** [9] - 4:4, 6:1, 61:4, 63:12, 66:25, 68:9, 69:2, 69:16, 73:16
**defense** [6] - 5:7, 6:8, 8:25, 9:10, 61:11, 63:16
**deficit** [1] - 59:17
**definition** [1] - 59:20
**degree** [3] - 8:7, 57:16, 72:19
**deliberate** [3] - 64:21, 67:19, 68:23
**deliberations** [3] - 64:16, 67:4, 67:23
**demonstrate** [2] - 11:8, 38:19
**demonstrated** [2] - 23:9, 23:18
**demonstrating** [1] - 23:25
**demonstration** [2] - 23:21, 24:15
**demonstrations** [2] - 22:8, 23:8
**demonstrative** [1] - 30:18
**denied** [2] - 60:15, 63:20
**denuding** [1] - 28:8
**department** [2] - 8:3, 10:1
**depiction** [1] - 37:3
**depicts** [1] - 37:3
**Deputy** [1] - 2:4
**describe** [6] - 23:11,

25:25, 27:21, 30:20, 38:9, 39:7
**described** [3] - 26:21, 27:17, 33:21
**describing** [2] - 17:2, 27:3
**description** [2] - 38:23, 46:5
**DESCRIPTION** [1] - 3:14
**desk** [1] - 57:5
**destroyed** [1] - 73:6
**detail** [1] - 38:10
**detected** [1] - 14:20
**determination** [1] - 4:18
**determine** [2] - 41:24, 60:7
**determined** [1] - 54:3
**determines** [1] - 57:17
**develops** [1] - 31:24
**diagnosis** [1] - 19:18
**diagram** [17] - 30:17, 30:20, 31:16, 32:21, 33:25, 35:7, 36:3, 36:7, 36:12, 37:5, 38:9, 38:15, 38:18, 39:15, 56:19, 57:11, 57:13
**Diagram** [2] - 3:15, 3:16
**dialogue** [1] - 5:1
**diameter** [1] - 56:20
**different** [2] - 12:13, 31:15
**differently** [1] - 30:14
**difficult** [2] - 11:16, 22:25
**digital** [4] - 27:5, 27:17, 34:12
**dimension** [1] - 56:15
**Dire** [1] - 3:6
**dire** [4] - 35:18, 35:22, 36:21, 63:25
**DIRE** [1] - 36:1
**DIRECT** [2] - 7:1, 37:18
**direct** [2] - 23:15, 49:13
**Direct** [2] - 3:6, 3:7
**Directed** [1] - 60:14
**direction** [2] - 4:18, 56:22
**directly** [4] - 42:13, 51:12, 61:14, 61:23
**discomfort** [3] - 27:16, 42:13, 52:20
**discuss** [2] - 11:23, 64:13
**discussed** [2] - 63:21,

63:25
**discussion** [3] - 66:3, 66:6, 66:13
**disrobe** [1] - 24:25
**distance** [1] - 54:9
**documented** [2] - 18:14, 48:20
**done** [13] - 4:22, 10:13, 33:21, 41:19, 46:19, 60:21, 62:12, 63:3, 64:12, 66:13, 66:18, 76:10
**dot** [1] - 32:25
**doubt** [3] - 59:25, 60:8, 69:18
**down** [12] - 20:11, 23:2, 25:8, 29:10, 31:23, 32:5, 32:7, 42:23, 53:21, 55:24, 67:7, 70:8
**downstairs** [3] - 58:24, 64:8, 64:25
**draft** [2] - 62:12
**draw** [2] - 54:8, 64:18
**drawing** [2] - 36:25, 51:10
**drawn** [1] - 39:10
**drew** [2] - 39:12, 40:6
**drop** [1] - 73:1
**dropped** [1] - 65:20
**drug** [1] - 8:6
**duly** [2] - 6:24, 69:14
**during** [7] - 23:9, 26:21, 44:3, 44:17, 46:24, 64:4
**duties** [1] - 72:23
**dye** [9] - 26:17, 26:19, 27:13, 27:24, 40:13, 40:16, 40:18, 41:2
**dynamically** [1] - 50:22

**E**

**early** [2] - 9:16, 64:5
**easy** [1] - 57:18
**eat** [1] - 65:4
**edges** [1] - 32:17
**educate** [1] - 9:19
**education** [3] - 7:23, 10:23, 72:7
**effects** [2] - 58:22
**egg** [1] - 56:6
**egg-shaped** [1] - 56:6
**eight** [1] - 67:11
**either** [5] - 42:17, 44:3, 44:17, 64:20, 69:25
**elements** [1] - 59:13
**elicit** [2] - 26:25, 27:15

**elliptical** [1] - 56:6
**emergency** [6] - 7:15, 9:23, 10:1, 43:3, 50:20, 50:24
**empanelled** [1] - 69:15
**encountered** [1] - 20:25
**end** [5] - 47:20, 47:23, 63:24, 67:8, 71:25
**English** [1] - 63:2
**enjoy** [3] - 59:3, 65:11, 65:12
**entered** [1] - 60:1
**entering** [1] - 32:18
**entitled** [1] - 69:15
**entrance** [2] - 17:4, 32:10
**epidural** [1] - 12:14
**episiotomies** [1] - 14:21
**episiotomy** [1] - 15:1
**equipment** [1] - 44:16
**ER** [2] - 10:11, 19:21, 20:25
**especially** [2] - 15:3, 50:20
**estrogenized** [2] - 12:16, 31:24
**evidence** [11] - 13:13, 37:12, 37:14, 39:24, 50:18, 52:9, 60:6, 63:23, 64:11, 67:21, 67:22
**exam** [32] - 7:20, 9:12, 9:15, 9:18, 9:21, 9:25, 10:3, 10:4, 14:22, 17:8, 17:23, 17:24, 17:25, 18:1, 18:16, 18:17, 18:18, 18:20, 19:9, 23:10, 25:9, 25:14, 25:15, 25:24, 26:1, 26:22, 27:2, 27:19, 39:16, 43:7, 44:3, 49:17
**Examination** [8] - 3:6, 3:6, 3:7, 3:7, 3:8, 3:9, 3:9, 45:17
**examination** [3] - 32:22, 35:18, 51:20
**EXAMINATION** [7] - 7:1, 36:1, 37:18, 43:17, 50:1, 55:12, 56:12
**examinations** [2] - 16:2, 22:7
**examine** [2] - 8:23, 26:12
**examined** [3] - 6:25, 14:5, 17:13

**examiner** [4] - 7:17, 7:18, 7:19, 20:24
**examiners** [1] - 10:16
**examining** [1] - 43:7
**example** [1] - 12:8
**exams** [8] - 8:14, 8:16, 8:19, 10:16, 11:8, 13:7, 14:1, 57:19
**except** [1] - 58:10
**Exclusion** [1] - 58:9
**excuse** [1] - 19:2
**excused** [2] - 57:23, 58:9, 58:14
**Exhibit** [22] - 15:23, 16:12, 31:1, 34:22, 35:13, 37:11, 37:14, 37:16, 37:20, 39:3, 39:15, 39:19, 39:22, 39:24, 40:4, 41:13, 45:9, 46:1, 52:2, 52:7, 52:9
**exhibit** [5] - 30:22, 38:3, 51:23, 58:3, 68:13
**Exhibits** [3] - 34:18, 34:22, 55:14
**exhibits** [1] - 58:17
**expect** [11] - 12:23, 13:20, 13:23, 13:24, 14:5, 14:6, 24:7, 29:14, 29:21, 30:2, 41:3
**experience** [10] - 8:11, 8:17, 9:20, 12:4, 16:23, 24:5, 42:24, 43:6, 43:24, 50:11
**expert** [2] - 8:24, 9:9
**explain** [13] - 14:25, 19:20, 20:17, 21:6, 21:13, 23:11, 24:10, 28:7, 29:8, 31:15, 34:21, 35:6, 42:9
**exposing** [1] - 28:16
**exquisitely** [1] - 12:21
**external** [2] - 11:13, 33:9
**eye** [1] - 26:13
**eyes** [1] - 28:24

**F**

**face** [3] - 17:2, 17:7, 33:13
**facilities** [1] - 7:10
**facility** [1] - 8:5
**fact** [6] - 14:17, 41:9, 48:17, 49:3, 51:13, 59:12
**factors** [2] - 12:6, 29:4
**facts** [1] - 51:8

**factual** [2] - 9:7, 74:3
**fair** [2] - 51:7, 62:17
**fairly** [3] - 56:25, 57:13
**fall** [2] - 44:17, 53:7
**falling** [1] - 29:11
**familiar** [2] - 15:21, 29:6
**far** [1] - 56:15
**fatty** [3] - 29:20, 32:1
**February** [1] - 76:12
**fell** [8] - 30:5, 30:6, 30:7, 51:2, 51:5
**female** [6] - 12:10, 31:19, 31:21, 32:20, 33:12, 36:7
**females** [1] - 14:21
**fence** [3] - 44:18, 44:19
**fences** [1] - 44:16
**Fernando** [4] - 20:8, 28:1, 47:16, 69:16
**FERNANDO** [1] - 1:6
**few** [3] - 26:18, 35:22, 65:20
**field** [1] - 11:3
**final** [12] - 64:2, 64:3, 64:17, 65:19, 65:21, 66:3, 67:5, 67:11, 67:13, 67:17, 67:18, 68:2
**findings** [2] - 11:25, 14:6
**fine** [1] - 35:24
**finger** [8] - 20:8, 22:16, 26:4, 27:15, 33:1, 33:21, 33:22, 34:5
**fingernails** [2] - 24:18, 25:9
**fingers** [5] - 20:12, 23:20, 28:2, 42:15, 47:16
**fire** [1] - 8:2
**first** [7] - 6:24, 17:15, 19:22, 24:25, 59:9, 60:22, 67:6
**five** [12] - 13:8, 13:14, 13:15, 13:19, 13:22, 13:23, 14:3, 14:7, 14:10, 14:11, 18:12, 72:18
**five-day** [3] - 13:19, 13:22, 14:7
**fixed** [1] - 74:22
**flee** [1] - 17:16
**flexibility** [1] - 32:15
**Florence** [1] - 1:10
**focus** [1] - 7:13
**folks** [5] - 59:8, 63:22, 64:4, 65:11, 68:17

**follow** [3] - 55:5, 55:6, 67:15
**follow-up** [2] - 55:5, 55:6
**followed** [1] - 21:25
**following** [8] - 4:1, 5:23, 59:6, 63:9, 65:14, 66:22, 68:24, 73:12
**follows** [2] - 6:25, 69:14
**food** [2] - 64:6, 64:10
**FOR** [1] - 1:2
**force** [5] - 23:17, 24:11, 28:10, 45:1
**foregoing** [2] - 76:8, 76:10
**forensic** [9] - 7:17, 7:18, 7:19, 7:20, 8:14, 10:5, 10:15, 13:13, 20:24
**FOREPERSON** [1] - 69:7
**foreperson** [2] - 69:8, 69:21
**form** [2] - 46:20, 69:9
**formal** [1] - 69:13
**forms** [1] - 67:20
**forward** [1] - 6:15
**four** [3] - 18:12, 19:4, 22:5
**four-year-old** [2] - 19:4, 22:5
**free** [4] - 72:3, 72:14, 72:24, 73:7
**fresh** [1] - 64:25
**friable** [2] - 12:15, 12:20
**friction** [4] - 28:11, 28:15, 52:15, 52:16
**Friday** [3] - 73:19, 73:20, 74:1
**front** [5] - 22:22, 25:12, 39:4, 51:21, 67:12
**full** [1] - 76:8
**function** [1] - 7:16
**functioned** [2] - 8:3, 10:10
**functioning** [2] - 8:1, 8:9
**FURTHER** [2] - 55:12, 56:12

**G**

**general** [7] - 11:15, 13:5, 14:15, 35:3, 35:8, 38:13, 39:11
**General** [1] - 21:20

generally [5] - 9:19,
11:5, 11:24, 18:1,
30:2
generate [1] - 55:25
generating [1] - 54:20
genital [5] - 12:7,
12:10, 42:11, 42:16,
42:25
genitalia [2] - 36:7,
44:20
genitals [1] - 11:13
gentle [2] - 11:14,
11:20
gentlemen [6] - 6:3,
58:21, 67:2, 69:4,
69:22, 71:24
girl [8] - 9:15, 12:8,
18:2, 18:4, 18:5,
18:8, 18:11
given [2] - 13:22,
65:20
glance [1] - 65:24
gleaned [1] - 53:13
grant [1] - 74:19
Green [5] - 3:6, 3:7,
3:9, 4:14, 39:20
GREEN [38] - 2:7,
4:16, 4:20, 5:3, 5:14,
6:10, 35:16, 35:24,
36:2, 36:22, 36:24,
37:10, 39:21, 43:18,
45:14, 45:15, 45:24,
46:4, 46:11, 46:23,
49:19, 52:4, 56:13,
57:21, 58:1, 59:10,
59:19, 61:10, 62:6,
62:13, 63:16, 65:10,
66:10, 66:15, 68:10,
74:13, 74:25, 75:3
green [16] - 6:9, 35:15,
36:21, 43:16, 45:11,
46:21, 57:25, 59:9,
61:6, 61:8, 63:15,
65:9, 66:8, 70:3,
74:12, 75:1
groom [1] - 11:13
groomed [1] - 11:11
gross [1] - 26:12
grow [1] - 33:13
guess [8] - 4:21, 5:10,
10:18, 37:2, 51:8,
53:17, 54:22, 63:22
guided [1] - 50:21
guides [1] - 19:19
guilty [2] - 69:17,
73:15

**H**

hair [1] - 33:13

half [1] - 18:12, 56:2
hand [7] - 40:21,
40:24, 40:25, 42:13,
58:2, 66:10, 76:12
hands [1] - 42:23
handwritten [2] - 45:8,
45:19
head [3] - 25:16,
32:13, 39:11
headed [2] - 4:15,
60:19
heal [3] - 12:23, 13:4,
15:10
healed [4] - 13:12,
14:3, 14:10, 14:11
healing [2] - 13:1,
16:22
heals [2] - 12:9, 14:15
hear [6] - 21:4, 21:10,
21:16, 31:9, 64:17
heard [3] - 47:3,
48:14, 50:16
hearing [12] - 4:2, 5:7,
5:24, 36:17, 46:17,
53:23, 59:7, 63:10,
65:15, 66:23, 68:25,
73:13
hearings [1] - 74:6
hearsay [1] - 46:10
held [1] - 73:16
help [1] - 61:20
hereby [1] - 76:7
herein [1] - 6:24
Hess [2] - 15:20, 16:17
history [3] - 18:22,
24:23, 29:2
History [3] - 46:6,
47:11
hold [4] - 11:17, 35:3,
35:20, 51:14
hole [1] - 26:8
Honor [50] - 4:16, 5:3,
5:15, 6:6, 6:10, 6:22,
30:21, 34:15, 35:12,
35:16, 36:14, 36:22,
37:10, 37:15, 37:25,
39:1, 39:18, 46:11,
46:13, 49:20, 51:17,
52:1, 53:20, 55:7,
57:24, 58:1, 58:15,
59:10, 59:19, 59:24,
60:1, 61:10, 61:25,
62:1, 62:13, 63:16,
65:10, 65:23, 66:1,
66:4, 66:11, 66:15,
68:8, 68:10, 69:7,
70:2, 73:24, 74:10,
74:13, 75:3
HONORABLE [1] -
1:13

hood [2] - 31:21,
31:23
hope [1] - 66:17
hopefully [1] - 66:19
hospital [2] - 8:4
Hospital [2] - 15:15,
16:16
hours [1] - 9:16
hurt [3] - 19:23, 44:7,
44:8
hygiene [1] - 13:2
hymen [5] - 12:17,
34:1, 34:2, 34:5,
34:9
hymenal [4] - 32:11,
32:12, 32:18, 34:2

**I**

idea [1] - 26:7
identified [1] - 27:5
imagery [1] - 54:17
impact [1] - 24:6
important [3] - 19:16,
64:12, 72:23
importantly [1] - 60:16
impossible [2] - 50:4,
50:8
IN [2] - 1:1, 1:2
inch [1] - 56:2
inches [1] - 56:1
included [1] - 16:6
inconsistent [1] -
43:12
inconvenience [1] -
72:19
incorporate [1] -
18:19
incorrect [1] - 60:4
incurred [2] - 44:8,
44:22
independent [2] - 9:9,
17:22
independently [2] -
7:16, 8:24
indicate [4] - 32:22,
38:4, 51:23, 55:16
indicated [3] - 40:6,
48:2, 52:23
indicates [1] - 56:3
indicating [1] - 27:25
indication [2] - 13:20,
21:17
indications [1] - 25:19
indicative [2] - 26:20,
36:25
Indictment [1] - 59:15
individually [1] - 70:5
infection [1] - 52:22
inflicted [2] - 44:13,

50:15
infliction [1] - 44:5
information [10] -
19:7, 47:4, 49:7,
50:18, 53:1, 53:5,
53:11, 53:16, 74:3,
74:4
informed [1] - 69:5
injure [1] - 42:25
injured [4] - 43:4,
43:5, 43:21, 44:2
injuries [9] - 11:7,
13:2, 13:4, 13:11,
14:16, 28:11, 29:6,
29:15, 29:24
injury [73] - 11:9, 12:4,
12:22, 12:23, 13:20,
13:21, 13:25, 14:9,
14:10, 16:22, 16:24,
17:5, 24:7, 24:12,
24:13, 25:18, 26:20,
26:25, 27:22, 28:4,
28:20, 28:22, 28:25,
29:9, 29:12, 29:14,
29:23, 29:25, 30:1,
30:10, 30:11, 30:15,
33:8, 33:20, 33:21,
34:6, 35:8, 37:1,
37:3, 37:4, 37:6,
38:5, 38:14, 38:16,
38:19, 38:23, 40:7,
40:10, 40:22, 42:4,
42:5, 43:8, 44:8,
44:11, 44:17, 50:19,
51:6, 51:8, 52:12,
52:13, 52:14, 52:15,
52:16, 52:19, 53:6,
53:9, 53:11, 53:18,
54:2, 54:13, 56:18
inner [2] - 29:19,
29:22
innermost [1] - 29:17
inpatient [1] - 8:5
inside [10] - 12:12,
30:11, 33:6, 33:8,
33:15, 33:17, 33:18,
33:19
instance [3] - 5:8,
14:4, 38:21
instances [2] - 5:8,
15:9
instead [2] - 64:23,
70:6
instruction [1] - 68:12
instructions [22] -
22:1, 60:20, 63:5,
63:6, 64:1, 64:2,
64:4, 64:17, 65:19,
65:21, 66:3, 66:14,
66:18, 66:21, 67:5,

67:7, 67:11, 67:14,
67:15, 67:17, 67:19,
68:2
instructive [1] - 38:22
instrument [2] -
26:14, 54:6
intended [1] - 61:5
intends [1] - 5:8
intercourse [3] -
59:20, 59:21, 60:9
interesting [1] - 5:10
interpreter [1] - 66:20
INTERPRETER [4] -
51:17, 62:1, 62:8,
62:24
interpreters [1] -
51:15
interrupt [1] - 37:23
intimidate [1] - 11:17
intricate [1] - 54:7
introduce [1] - 7:5
introduction [3] -
35:13, 58:16, 58:17
invite [1] - 64:2
invoked [1] - 58:9
involved [1] - 37:9
involving [3] - 8:25,
10:13, 17:9
isolated [1] - 29:25
issues [3] - 5:14,
12:18, 12:25
it'll [4] - 4:24, 11:12,
54:8, 54:9
itches [1] - 42:17
itself [2] - 38:22, 56:5

**J**

Jackie [2] - 15:20,
16:17
job [4] - 8:22, 11:1,
75:5
JOHNSON [1] - 1:13
Judge [1] - 74:23
JUDGE [1] - 1:13
judgment [2] - 59:11,
60:14
juice [1] - 27:14
juror [12] - 70:12,
70:18, 70:21, 70:24,
71:2, 71:5, 71:8,
71:11, 71:14, 71:17,
71:20, 72:25
JUROR [12] - 70:14,
70:17, 70:20, 70:23,
71:1, 71:4, 71:7,
71:10, 71:13, 71:16,
71:19, 71:22
Juror [1] - 70:15
jurors [4] - 6:1, 64:19,

72:6
JURY [3] - 1:17, 69:7, 69:24
Jury [1] - 3:8
jury [47] - 4:2, 4:5, 4:7, 5:5, 5:18, 5:24, 7:5, 19:20, 36:18, 37:16, 46:18, 53:24, 54:1, 59:7, 60:7, 60:20, 60:24, 61:4, 63:5, 63:6, 63:10, 63:13, 64:6, 64:15, 65:4, 65:15, 66:17, 66:23, 67:1, 68:2, 68:14, 68:16, 68:18, 68:22, 68:25, 69:3, 69:4, 69:5, 69:14, 69:21, 69:22, 70:1, 71:24, 72:4, 73:13, 74:2
justice [1] - 72:22

**K**

Katie [1] - 46:9
keep [2] - 11:1, 67:15
keeping [1] - 10:25
kind [2] - 4:9, 6:19
kissed [2] - 20:12, 23:5
kissing [1] - 25:22
kit [1] - 16:7
knee [1] - 28:13
KOHLER [1] - 2:3

**L**

labia [8] - 29:20, 31:25, 32:2, 32:3, 33:9, 33:10, 33:11, 33:12
lacerations [1] - 29:21
ladder [2] - 51:2, 51:5
ladies [6] - 6:3, 58:21, 67:2, 69:4, 69:22, 71:24
language [5] - 21:2, 21:8, 21:11, 21:12, 21:13
lap [1] - 20:11
large [1] - 57:13
larger [1] - 32:1
last [4] - 13:15, 17:14, 25:23, 43:20
Law [1] - 2:7
lawyers [1] - 58:11
lay [1] - 26:11
layer [2] - 12:14, 28:15
layers [1] - 22:15
lead [1] - 53:14
least [8] - 8:21, 45:19,

59:2, 60:11, 65:25, 73:8, 73:9, 74:4
leave [1] - 34:5, 72:11, 72:25
left [2] - 36:7, 64:23
leg [1] - 12:15
legal [1] - 58:21
legs [7] - 23:18, 23:22, 23:25, 24:3, 29:9, 29:19, 39:11
lemon [1] - 27:14
length [2] - 55:18, 55:24
less [1] - 56:2
letting [1] - 15:7
life [4] - 8:12, 8:13
light [1] - 59:12
likelihood [1] - 14:13
likely [1] - 24:13
likened [1] - 28:13
limit [1] - 50:9
line [11] - 36:10, 36:11, 36:25, 37:7, 38:12, 38:21, 38:22, 39:10, 39:12, 54:9, 67:8
linear [1] - 54:8
lines [2] - 47:12, 55:21
lip [3] - 33:13, 33:14, 33:16
lips [1] - 32:1
listed [1] - 59:15
listen [2] - 67:17
literature [1] - 11:2
litigation [1] - 9:11
lives [1] - 44:15
living [1] - 7:7
local [1] - 8:4
located [3] - 33:18, 38:20, 42:1
location [8] - 16:24, 26:25, 30:9, 37:4, 37:8, 38:13, 41:23, 42:5
LONG [50] - 2:3, 4:11, 4:13, 5:6, 6:6, 6:13, 6:22, 7:2, 17:21, 22:2, 30:23, 30:25, 31:6, 31:11, 34:17, 35:12, 36:14, 37:15, 37:19, 37:25, 38:2, 39:1, 39:2, 39:18, 39:25, 40:3, 43:14, 46:10, 46:13, 46:16, 49:23, 50:2, 51:19, 52:1, 52:10, 53:20, 55:6, 55:10, 55:13, 56:9, 57:24, 60:3, 65:8, 65:23, 66:1, 66:4, 66:7, 68:8,

70:2, 74:9
look [18] - 5:19, 9:22, 13:5, 14:19, 15:16, 16:12, 17:1, 25:16, 25:17, 26:14, 26:19, 29:16, 30:20, 32:17, 39:3, 41:13, 50:23, 57:13
looked [1] - 13:6
looking [15] - 9:20, 17:23, 19:2, 31:12, 31:14, 34:21, 35:9, 36:6, 37:20, 45:7, 45:10, 45:16, 45:22, 57:10, 73:23
loss [1] - 13:12
loud [1] - 62:6
low [1] - 17:6
lower [1] - 45:8
lunch [6] - 64:4, 64:5, 64:23, 65:7, 65:11, 67:1
lunches [1] - 65:12
lying [1] - 29:22

**M**

ma'am [13] - 6:15, 6:18, 7:3, 21:23, 31:12, 37:13, 38:1, 46:1, 53:22, 53:25, 54:12, 56:9, 58:2
magnification [2] - 57:16, 57:17
magnify [2] - 26:13, 26:14
main [1] - 29:15
major [1] - 24:11
majora [6] - 29:20, 32:2, 33:9, 33:10, 33:11, 33:12
male [1] - 31:20
manifest [1] - 11:25
map [6] - 28:21, 34:24, 35:2, 35:3, 35:9, 39:11
marked [6] - 32:25, 34:18, 36:3, 37:12, 39:22, 52:8
marker [1] - 55:23
marking [1] - 41:1
marks [1] - 47:12
masturbatory [2] - 44:4, 59:23
matter [4] - 64:14, 73:2, 74:14, 76:10
MATTHEW [1] - 2:3
mean [7] - 21:7, 37:22, 40:19, 41:10, 46:12, 47:21, 62:2

means [7] - 21:13, 47:22, 49:9, 59:21, 63:22, 63:23, 72:3
meant [1] - 38:16
measure [4] - 54:6, 54:9, 55:24, 57:5
measured [4] - 54:3, 54:16, 54:18, 57:6
measurement [1] - 54:23
measurements [1] - 54:14
mechanical [3] - 28:9, 28:10, 54:21
mechanically [1] - 50:22
mechanism [1] - 51:6
mechanisms [1] - 44:21
medic [1] - 8:2
medical [11] - 7:20, 9:24, 10:2, 14:6, 16:4, 18:21, 19:16, 49:17, 50:3, 50:24, 60:10
medication [1] - 18:23
medications [2] - 10:2, 18:22
medicine [1] - 7:15
member [1] - 8:8
members [1] - 72:6
membrane [2] - 28:9
memory [3] - 15:16, 17:22, 18:1
mere [1] - 50:11
MICHELLE [3] - 1:21, 76:7, 76:15
microscopically [1] - 14:19
middle [1] - 4:16
might [4] - 16:17, 17:16, 45:12, 52:22
Military [1] - 8:9
mind [1] - 18:6
mine [1] - 47:25
minimal [1] - 14:15
Minor [1] - 69:17
minor [1] - 59:14
minora [2] - 31:25, 32:3
minute [2] - 47:18, 51:14
minutes [8] - 4:8, 5:17, 26:18, 59:1, 59:2, 59:4, 60:22, 65:20
moist [1] - 12:13
moment [2] - 35:5, 35:19
Monday [1] - 72:17

morning [8] - 4:6, 4:23, 7:3, 7:4, 9:16, 58:23, 73:21, 73:25
most [2] - 12:2, 13:11, 16:24, 17:5, 17:7, 26:5, 59:5, 72:22
Mother [3] - 48:13, 48:22, 49:7
mother [19] - 18:20, 19:6, 25:1, 25:4, 46:8, 46:9, 47:1, 47:2, 47:3, 47:4, 47:5, 47:6, 48:8, 48:10, 48:16, 48:23, 49:1, 49:4, 49:14
Motion [1] - 60:13
motion [4] - 20:22, 59:11, 63:19, 74:16
motions [1] - 74:21
mouth [4] - 12:12, 33:15, 33:16, 39:12
move [3] - 35:12, 39:18, 52:1
moves [1] - 6:20
MR [90] - 2:3, 2:3, 2:7, 4:11, 4:13, 4:16, 4:20, 5:3, 5:6, 5:14, 6:6, 6:10, 6:13, 6:22, 7:2, 17:21, 22:2, 30:23, 30:25, 31:6, 31:11, 34:17, 35:12, 35:16, 35:24, 36:2, 36:14, 36:22, 36:24, 37:10, 37:15, 37:19, 37:25, 38:2, 39:1, 39:2, 39:18, 39:21, 39:25, 40:3, 43:14, 43:18, 45:14, 45:15, 45:24, 46:4, 46:10, 46:11, 46:13, 46:16, 46:23, 49:19, 49:23, 50:2, 51:19, 52:1, 52:4, 52:10, 53:20, 55:6, 55:10, 55:13, 56:9, 56:13, 57:21, 57:24, 58:1, 59:10, 59:19, 60:3, 61:10, 62:6, 62:13, 63:16, 65:8, 65:10, 65:23, 66:1, 66:4, 66:7, 66:10, 66:15, 68:8, 68:10, 70:2, 73:24, 74:9, 74:13, 74:25, 75:3
mucosa [1] - 28:8
mucosal [3] - 12:11, 29:17, 33:18
multiple [1] - 22:15

**N**

nails [2] - 20:9, 47:17
naked [1] - 26:13
name [6] - 7:6, 15:21,
17:12, 17:14, 17:15
named [1] - 15:20
names [1] - 70:7
narrative [2] - 23:15,
25:19
nature [5] - 25:3, 56:7,
60:8, 60:9, 73:14
near [1] - 42:1
necessarily [2] - 41:5,
42:22
necessary [1] - 74:5
need [12] - 5:19, 6:20,
10:13, 20:6, 45:6,
59:2, 60:18, 64:1,
65:2, 66:5, 73:10,
74:24
needs [3] - 17:17,
66:13
negative [2] - 62:14
neonatal [1] - 8:13
never [1] - 11:18
new [2] - 52:23, 52:24
next [5] - 9:1, 24:24,
38:15, 38:23, 45:18
nice [1] - 5:16
NO [13] - 3:14, 70:14,
70:17, 70:20, 70:23,
71:1, 71:4, 71:7,
71:10, 71:13, 71:16,
71:19, 71:22
nobody [1] - 73:6
none [1] - 50:8
noon [1] - 65:13
normal [1] - 53:12
notation [2] - 24:2,
40:12
note [5] - 21:21,
23:17, 25:5, 25:8,
40:10
notebooks [3] - 5:20,
67:6, 67:16
noted [20] - 20:9,
21:20, 22:20, 24:19,
27:22, 28:2, 28:21,
29:25, 35:8, 35:10,
38:4, 39:13, 40:7,
40:8, 47:6, 47:7,
52:15, 55:20
notes [7] - 16:13,
17:17, 17:20, 19:8,
25:18, 73:5, 73:6
nothing [3] - 53:13,
65:8, 74:9
November [2] - 73:20,
74:1

nucleus [2] - 40:17,
40:18
Number [12] - 70:12,
70:15, 70:18, 70:21,
70:24, 71:2, 71:5,
71:8, 71:11, 71:14,
71:17, 71:20
number [10] - 11:24,
14:5, 30:22, 47:11,
48:7, 51:23, 56:14,
70:7, 70:10
numbered [1] - 69:15
numbers [3] - 45:12,
45:18, 68:20
nurse [9] - 7:8, 7:17,
7:18, 7:19, 8:10,
9:23, 10:11, 10:15,
10:24
nurses [1] - 10:15
nursing [2] - 8:1, 8:7
nutrition [1] - 13:2

**O**

o'clock [11] - 17:4,
17:7, 28:21, 32:5,
32:24, 36:6, 36:10,
65:2, 65:3, 73:20,
73:25
oaths [1] - 69:16
OB/GYNs [2] - 15:2,
15:6
object [2] - 29:10,
59:22
objection [7] - 35:17,
36:20, 37:10, 39:21,
46:10, 46:20, 52:4
observation [3] - 22:4,
41:3, 41:21
observations [1] -
24:17
observe [2] - 21:17,
22:9
observed [9] - 28:17,
28:20, 28:24, 30:10,
34:9, 40:11, 42:4,
43:8, 43:11
observing [2] - 28:22,
29:3
occurred [4] - 44:17,
44:25, 51:9, 52:24
October [4] - 1:11,
9:16, 17:9, 69:20
OF [5] - 1:1, 1:2, 1:3,
1:16
offense [2] - 60:9,
73:15
offhand [1] - 15:20
office [1] - 74:23
often [5] - 11:18, 19:3,

22:13, 22:25, 34:10
old [3] - 18:13, 19:4,
22:5
Olson's [1] - 74:23
omitting [1] - 69:13
once [2] - 64:24, 68:13
one [33] - 4:10, 9:25,
13:2, 13:3, 19:10,
22:15, 24:11, 26:8,
28:12, 33:16, 33:17,
34:22, 41:17, 43:3,
46:25, 47:2, 48:17,
51:7, 53:17, 55:15,
56:1, 56:2, 64:20,
64:21, 64:22, 66:19,
67:25, 68:1, 72:7,
72:22, 73:8, 73:23
ongoing [1] - 12:2
onset [1] - 52:24
open [11] - 26:20,
27:16, 27:25, 29:18,
29:19, 40:17, 40:19,
40:22, 40:25, 41:10,
67:6
opened [1] - 40:15
opinion [3] - 18:10,
45:1, 60:12
opportunity [2] - 61:6,
61:9
opposed [3] - 15:5,
15:7, 23:19
oral [1] - 74:15
order [4] - 10:23,
11:20, 33:22, 51:8
ordered [2] - 74:3,
74:6
organ [1] - 31:20
ouch [1] - 27:8
outer [1] - 29:22
output [1] - 54:21
outside [20] - 4:1,
13:19, 13:23, 14:7,
21:18, 29:21, 32:1,
32:2, 33:11, 33:14,
33:17, 36:17, 44:24,
46:17, 50:8, 53:23,
55:21, 59:6, 65:14,
73:12
own [1] - 44:1

**P**

package [1] - 66:19
PAGE [2] - 3:4, 3:14
page [9] - 36:8, 38:24,
45:7, 45:10, 45:12,
45:18, 45:23, 46:7
pages [1] - 76:8
pain [7] - 25:18, 26:4,
26:25, 27:4, 27:10,

44:6, 49:9
painful [2] - 22:17,
27:9
panties [1] - 20:11
pants [1] - 42:8
paperwork [3] - 15:16,
15:18, 16:6
paraphrasing [1] -
49:14
paren [3] - 47:19,
47:20, 47:23
parens [1] - 47:19
parent [3] - 19:5,
21:10, 52:18
parenthesis [2] - 20:9,
20:15
parroting [4] - 21:5,
21:6, 21:15, 21:17
part [17] - 8:22, 9:21,
9:24, 11:1, 12:9,
14:14, 16:4, 18:3,
19:17, 28:12, 34:25,
39:10, 40:7, 54:7,
59:22, 67:4, 72:7
particular [7] - 7:12,
23:14, 26:9, 26:24,
30:11, 36:20, 58:25
particularly [1] - 72:12
parts [6] - 18:4, 22:14,
31:16, 31:17, 33:11,
35:7
pass [2] - 67:7, 67:10
pathological [1] - 13:3
patient [19] - 7:20,
7:25, 11:12, 13:3,
13:17, 19:13, 19:14,
19:17, 21:25, 22:15,
23:13, 25:20, 27:15,
30:7, 51:1, 51:4,
51:11, 53:8
patients [5] - 14:18,
21:1, 50:21, 50:23,
51:11
PAUL [1] - 2:7
pediatric [3] - 7:15,
8:12, 10:10
pediatrics [2] - 10:9,
10:12
pee [5] - 20:10, 20:18,
20:19, 47:17, 47:24
pending [1] - 73:17
penetrate [2] - 33:22,
34:5
penetration [8] -
33:19, 34:11, 34:12,
52:25, 59:21, 59:25,
60:10, 60:12
penis [3] - 31:20,
59:21, 59:23
people [4] - 11:19,

72:4, 72:9, 72:10
per [1] - 46:8
percent [1] - 12:5
perform [6] - 9:15,
10:16, 13:7, 17:8,
18:16, 25:14
performed [4] - 14:21,
18:16, 25:9, 27:19
performing [1] -
25:15, 72:22
perhaps [1] - 19:5
period [1] - 14:7
permission [9] -
15:22, 16:11, 20:7,
21:22, 30:19, 31:6,
34:15, 37:15, 39:25
perpetrate [1] - 11:19
perpetrators [1] -
34:11
person [1] - 17:12
personal [1] - 12:4
personally [4] - 8:19,
8:23, 9:13, 72:15
personnel [1] - 60:11
Phoenix [3] - 15:15,
16:14, 16:16
phone [1] - 68:19
photograph [3] - 54:4,
54:5, 57:18
photographs [1] -
54:16
physical [9] - 10:3,
11:25, 19:9, 23:10,
25:6, 25:14, 25:15,
39:13, 53:14
physically [1] - 54:17
pick [2] - 50:25, 57:20
picked [2] - 21:11,
64:7
picture [5] - 18:7,
41:24, 57:4, 57:10,
57:11
pieces [1] - 35:7
PINAL [1] - 1:2
Pinal [2] - 2:4, 72:21
pink [1] - 33:18
place [4] - 13:18,
26:17, 40:21, 42:2
placed [2] - 27:24,
47:23
Plaintiff [1] - 1:4
plaintiffs [1] - 9:10
plan [1] - 64:21
play [2] - 14:17, 53:12
plays [1] - 44:16
point [23] - 5:15,
17:16, 18:24, 22:16,
22:19, 22:24, 23:8,
26:9, 27:2, 28:22,
28:24, 32:4, 35:16,

41:7, 42:11, 42:13, 47:2, 56:14, 57:12, 59:18, 61:12, 63:17, 63:19
**pointed** [3] - 17:4, 20:18, 22:20
**pointing** [6] - 20:15, 20:21, 22:8, 26:4, 43:22, 60:3
**points** [6] - 20:9, 20:10, 47:17, 48:1, 48:2, 48:3
**polished** [1] - 24:19
**polled** [1] - 70:1
**polling** [1] - 70:4
**portion** [4] - 17:6, 23:13, 33:9, 33:11
**position** [4] - 32:6, 32:24, 36:6, 36:10
**positive** [1] - 27:25
**possibilities** [1] - 50:11
**possibility** [1] - 44:5
**possible** [4] - 34:4, 44:2, 45:3, 52:12
**possibly** [3] - 25:13, 41:4, 50:15
**posterior** [2] - 27:23, 32:8
**potty** [1] - 42:16
**practical** [1] - 58:22
**practice** [1] - 16:4
**pre** [1] - 74:5
**pre-sentence** [1] - 74:5
**prefer** [1] - 74:17
**preliminary** [3] - 63:25, 67:7, 67:14
**Prepared** [1] - 1:21
**preparing** [1] - 46:24
**preponderance** [4] - 11:8, 11:23, 12:3, 13:10
**prepubescent** [5] - 12:8, 31:18, 32:14, 34:1, 34:8
**presence** [12] - 4:2, 5:24, 6:1, 59:7, 63:10, 63:12, 65:15, 66:23, 66:25, 68:25, 69:2, 73:13
**present** [6] - 4:4, 9:23, 9:24, 52:21, 61:4, 65:17
**presentation** [3] - 24:12, 63:23, 64:11
**presented** [1] - 67:4
**pretty** [3] - 54:19, 55:1, 64:7
**prevent** [1] - 15:2

**previously** [5] - 30:17, 63:21, 73:16, 74:6, 74:7
**probability** [1] - 50:12
**probation** [1] - 73:22
**problems** [1] - 52:21
**procedural** [1] - 10:11
**procedures** [1] - 10:12
**proceed** [2] - 6:5, 6:7
**proceedings** [10] - 4:1, 5:23, 59:6, 63:9, 65:14, 66:22, 68:24, 73:12, 75:8, 76:9
**PROCEEDINGS** [1] - 1:16
**Proceedings** [3] - 36:17, 46:17, 53:23
**profession** [3] - 13:7, 50:7, 50:10
**professional** [7] - 13:11, 16:5, 19:16, 45:1, 50:3, 72:7, 75:5
**progressed** [1] - 8:1
**proof** [1] - 60:8
**prosecution** [3] - 8:25, 9:5, 9:10
**protected** [2] - 29:18, 29:20
**proved** [1] - 59:13
**proven** [1] - 59:25
**provide** [2] - 9:8
**provider** [1] - 18:20
**provides** [1] - 7:19
**providing** [2] - 8:5, 10:11
**psychiatric** [1] - 8:5
**puberty** [1] - 12:17
**publish** [2] - 37:15, 40:1
**pull** [1] - 6:19
**pulled** [2] - 20:11, 49:16
**purpose** [3] - 36:19, 38:18, 59:16
**purposes** [2] - 30:18, 49:17
**pursuant** [1] - 59:11
**push** [1] - 42:15
**pushing** [1] - 42:18
**put** [12] - 20:11, 31:2, 32:13, 35:8, 37:7, 42:8, 49:3, 55:23, 57:16, 67:16, 73:1, 74:18
**putting** [1] - 27:13

## Q

**qualification** [1] -

10:18
**qualified** [1] - 10:16
**qualifies** [1] - 7:23
**quarter** [2] - 60:25, 65:5
**Questions** [1] - 3:8
**questions** [17] - 18:21, 23:14, 23:15, 25:1, 25:8, 35:22, 37:2, 49:19, 50:14, 52:11, 54:1, 55:5, 55:7, 56:11, 62:14, 65:6
**quick** [1] - 60:2
**quickly** [4] - 5:19, 12:23, 53:22, 63:5
**quite** [1] - 57:18
**quote** [8] - 24:4, 47:12, 48:5, 48:21, 48:23, 49:4, 49:12, 49:13
**quotes** [4] - 46:6, 46:7, 49:4, 49:8

## R

**ranch** [1] - 44:15
**random** [1] - 64:19
**rather** [1] - 23:12
**re** [3] - 25:13, 44:1, 63:18
**re-ask** [1] - 44:1
**re-traumatize** [1] - 25:13
**re-urge** [1] - 63:18
**reached** [1] - 69:5
**reacts** [1] - 40:16
**read** [9] - 20:5, 21:21, 22:18, 47:15, 64:1, 66:18, 67:15, 67:17, 69:12
**reading** [3] - 54:21, 65:18
**Reading** [1] - 68:2
**reads** [2] - 69:14, 73:6
**ready** [6] - 6:4, 6:7, 6:8, 51:16, 65:3, 65:17
**real** [5] - 5:19, 53:22, 57:3, 62:18, 63:5
**really** [2] - 57:11, 74:20
**rear** [1] - 42:1
**reason** [1] - 74:20
**reasonable** [7] - 53:2, 53:6, 53:10, 59:25, 60:6, 60:8, 69:18
**reasons** [1] - 63:21
**recap** [1] - 4:9
**receive** [1] - 8:7
**received** [2] - 47:5,

66:8
**recess** [7] - 5:22, 61:2, 63:8, 65:13, 67:1, 68:20, 75:7
**recognize** [3] - 31:12, 34:19, 39:5
**recoil** [2] - 12:19, 27:9
**recollect** [1] - 15:17
**recollection** [2] - 16:9, 20:6, 57:1
**record** [8] - 4:3, 5:25, 17:18, 45:25, 59:17, 63:11, 66:24, 69:1
**red** [1] - 32:25
**redirect** [2] - 49:22, 55:4
**Redirect** [1] - 3:8
**REDIRECT** [1] - 50:1
**refer** [4] - 17:17, 26:17, 31:22, 32:4
**referred** [2] - 28:4, 32:7
**referring** [4] - 17:19, 18:21, 32:21, 32:22
**reflect** [1] - 69:1
**refresh** [2] - 15:18, 20:6
**refreshing** [1] - 16:9
**region** [2] - 12:10, 17:3
**registered** [2] - 7:8, 8:7
**related** [2] - 16:22, 16:24
**relax** [1] - 64:8
**release** [3] - 72:1, 73:15, 74:7
**released** [1] - 72:3
**reluctant** [1] - 42:12
**rely** [1] - 47:4
**remember** [4] - 18:3, 18:4, 58:24, 64:12
**remembered** [1] - 48:19
**remind** [1] - 73:4
**removal** [1] - 27:12
**remove** [2] - 26:18, 27:13
**removed** [1] - 27:24
**render** [1] - 9:8
**repeatedly** [1] - 21:9
**rephrase** [1] - 46:21
**report** [25] - 14:7, 14:18, 15:24, 16:1, 16:8, 17:23, 19:13, 20:5, 21:1, 22:18, 30:2, 30:8, 34:24, 34:25, 45:5, 46:11, 46:25, 47:5, 47:6, 47:8, 48:18, 51:20,

52:23, 74:5
**Report** [2] - 3:15, 45:17
**reported** [5] - 13:15, 24:14, 53:8, 63:7, 68:3
**reporter** [3] - 36:18, 46:18, 53:24
**Reporter** [2] - 1:22, 76:15
**REPORTER'S** [1] - 1:16
**reporting** [3] - 7:21, 24:24, 29:4
**representative** [1] - 73:22
**request** [2] - 5:7, 22:23
**requesting** [1] - 74:14
**required** [3] - 10:22, 45:2
**research** [1] - 11:2
**reserve** [1] - 8:8
**residual** [2] - 14:23, 40:23
**resist** [2] - 24:12, 24:15
**resisting** [2] - 24:6, 29:4
**respectfully** [1] - 58:18
**respond** [1] - 70:10
**response** [3] - 22:23, 60:2, 60:4
**rest** [5] - 4:12, 5:11, 25:6, 61:11, 63:17
**rested** [2] - 61:7, 63:14
**rests** [1] - 58:18
**result** [1] - 52:22
**retire** [1] - 67:19
**retired** [2] - 8:8, 68:22
**returned** [2] - 68:21, 71:25
**revealing** [1] - 15:10
**review** [1] - 74:14
**reviewed** [1] - 66:11
**rigid** [1] - 32:15
**rinsed** [1] - 55:23
**rip** [1] - 15:7
**role** [1] - 73:18
**room** [14] - 9:23, 19:10, 19:11, 21:10, 25:4, 43:3, 48:12, 48:14, 64:6, 64:15, 64:24, 65:5, 68:18, 68:22
**rooms** [1] - 50:20
**rope** [1] - 30:6
**rough** [1] - 15:5

**row** [3] - 67:12, 70:8
**RPR** [3] - 1:21, 76:7, 76:15
**rubbed** [1] - 44:23
**rubbing** [1] - 28:9
**rug** [1] - 28:14
**rule** [5] - 11:15, 13:5, 14:15, 74:19, 74:24
**Rule** [4] - 58:8, 59:12, 60:13, 63:18
**run** [1] - 11:21

## S

**SANE** [2] - 3:15, 3:15
**saw** [3] - 32:23, 37:1, 52:14
**scale** [9] - 37:1, 37:5, 37:6, 37:7, 37:8, 37:9, 54:18, 57:5, 57:8
**scarring** [1] - 14:13
**scene** [1] - 50:25
**schedule** [2] - 74:22
**scheduled** [2] - 4:8, 64:7
**screen** [7] - 31:3, 31:5, 37:20, 37:24, 38:3, 40:4, 41:14
**screens** [1] - 55:16
**seam** [1] - 42:1
**seat** [3] - 6:19, 34:13, 59:8
**seated** [2] - 22:22, 38:25
**second** [6] - 34:14, 35:21, 43:20, 48:22, 56:10, 62:11
**section** [1] - 48:22
**sedating** [1] - 10:12
**sedation** [1] - 10:11
**see** [29] - 12:3, 12:4, 13:20, 13:24, 14:6, 14:16, 14:22, 21:12, 24:7, 26:19, 26:24, 27:19, 29:21, 29:24, 31:18, 32:10, 32:12, 34:10, 36:11, 40:23, 41:1, 41:8, 42:14, 45:2, 45:22, 47:20, 53:22, 59:4, 73:23
**seeing** [4] - 31:17, 40:4, 42:6, 52:13
**seem** [1] - 21:18
**seepage** [1] - 41:11
**SEGOVIANO** [1] - 1:6
**send** [1] - 65:7
**sense** [1] - 50:22
**sentence** [1] - 74:22
**sentencing** [2] -

33:17, 73:18
**separate** [1] - 32:9
**separated** [1] - 29:10
**series** [1] - 24:25
**serious** [1] - 60:24
**serology** [1] - 41:19
**service** [3] - 8:9, 72:4, 72:20
**set** [9] - 57:4, 66:20, 67:11, 67:18, 73:16, 73:19, 73:20, 74:6, 74:7
**setting** [1] - 43:3
**seven** [2] - 13:6, 67:12
**several** [2] - 7:10, 46:25
**severe** [1] - 14:2
**severity** [1] - 13:21
**sex** [1] - 31:20
**sexual** [9] - 5:9, 10:7, 11:6, 13:7, 16:23, 16:24, 59:13, 59:21, 60:9
**Sexual** [2] - 45:17, 69:17
**sexually** [1] - 7:21
**shape** [2] - 38:16, 57:2
**shaped** [1] - 56:6
**Sharon** [2] - 6:13, 7:6
**SHARON** [2] - 3:5, 6:23
**shearing** [1] - 28:12
**sheering** [1] - 52:17
**short** [5] - 5:22, 24:19, 61:2, 63:8, 67:25
**show** [17] - 4:3, 5:25, 22:16, 23:1, 23:3, 23:19, 35:2, 37:11, 38:4, 38:13, 38:16, 40:14, 61:3, 63:1, 63:11, 65:16, 66:24
**showered** [1] - 25:3
**showing** [12] - 15:22, 24:3, 26:2, 34:18, 35:5, 38:11, 39:11, 41:12, 43:4, 43:21, 55:14, 55:22
**shown** [1] - 38:10
**shut** [1] - 32:13
**sick** [1] - 19:23
**side** [7] - 20:12, 23:5, 46:7, 55:15, 56:23
**side-by-side** [1] - 55:15
**sides** [2] - 28:13, 62:11
**signed** [1] - 69:20
**significance** [2] - 10:5, 48:18
**significant** [1] - 13:25

**significantly** [1] - 17:7
**signs** [4] - 14:16, 15:11, 25:5, 29:1
**similar** [4] - 9:25, 12:11, 33:13, 47:7
**similarly** [1] - 19:21
**simply** [1] - 70:4
**sit** [1] - 11:17
**site** [2] - 17:5, 26:20
**situation** [1] - 15:7
**situations** [1] - 20:25
**six** [1] - 72:18
**size** [6] - 54:2, 54:3, 54:13, 55:17, 55:25, 56:3
**skill** [1] - 76:10
**skin** [4] - 24:19, 28:8, 28:15, 52:17
**skinned** [1] - 28:13
**slightly** [1] - 33:6
**slippery** [1] - 12:13
**small** [5] - 17:9, 18:19, 32:3, 54:10, 57:13
**smaller** [1] - 31:17
**smooth** [1] - 32:17
**solution** [1] - 27:12
**someone** [1] - 21:12
**sometimes** [6] - 21:4, 21:11, 27:15, 42:14, 53:25, 72:5
**somewhere** [1] - 21:18
**soon** [2] - 64:7, 64:10
**sorry** [10] - 16:1, 25:20, 30:25, 33:10, 37:22, 39:8, 39:9, 41:15, 55:4, 62:13
**sort** [1] - 30:2
**sounds** [1] - 21:4
**Spanish** [1] - 63:2
**speaking** [2] - 21:16, 24:20
**specialties** [1] - 7:14
**specialty** [2] - 7:12, 10:20
**specific** [3] - 26:25, 55:1, 59:17
**specifically** [4] - 10:7, 16:16, 21:1, 27:2
**speculate** [1] - 51:3
**spot** [1] - 55:20
**sprayed** [1] - 40:25
**spread** [1] - 29:19
**square** [1] - 56:25
**staff** [1] - 72:6
**stage** [2] - 64:22, 67:3
**stain** [5] - 41:15, 41:16, 41:23, 41:25, 42:6

**stand** [1] - 55:15
**standard** [1] - 60:4
**standing** [2] - 30:14, 33:7
**start** [2] - 57:9, 65:1, 70:7
**started** [3] - 51:12, 67:7, 72:16
**starts** [1] - 44:7
**state** [3] - 6:13, 8:3, 16:13
**STATE** [2] - 1:1, 1:3
**State** [16] - 2:2, 4:12, 6:4, 6:6, 45:17, 58:17, 59:13, 59:24, 60:4, 60:7, 61:7, 63:13, 65:8, 66:7, 68:7, 74:9
**State's** [4] - 4:22, 5:7, 58:16
**statement** [5] - 43:23, 47:12, 47:13, 47:15, 48:25
**statements** [2] - 48:13, 48:14
**States** [1] - 8:9
**states** [1] - 47:16
**stating** [1] - 23:19
**statistics** [1] - 11:24
**statutes** [1] - 59:14
**stay** [2] - 11:3
**staying** [1] - 33:25
**step** [1] - 53:21
**steps** [3] - 18:17, 46:25, 47:1
**stick** [2] - 42:12, 68:19
**still** [9] - 11:17, 13:22, 22:21, 35:17, 40:25, 46:1, 55:22, 64:12
**stop** [3] - 24:4, 44:6, 47:18
**stopped** [1] - 44:9
**story** [1] - 44:12
**straddle** [7] - 29:6, 29:9, 29:12, 29:14, 29:15, 29:23, 30:1
**straddled** [1] - 30:5
**straight** [1] - 48:25
**stretch** [1] - 50:8
**stretches** [1] - 32:14
**stuck** [5] - 20:8, 23:20, 26:19, 28:1, 47:16
**studies** [3] - 11:23, 12:1, 13:5
**subject** [2] - 66:5, 66:12
**submitted** [1] - 63:24
**subsequent** [1] - 52:24
**subsequently** [2] -

8:6, 49:8
**sufficient** [1] - 60:6
**suggest** [2] - 4:21, 50:19
**suggested** [1] - 21:3
**SUPERIOR** [1] - 1:1
**superior** [1] - 40:7
**support** [4] - 8:12, 8:13
**surface** [4] - 33:16, 33:17, 52:17
**surfaces** [2] - 28:11, 28:14
**surgeries** [1] - 18:22
**sustained** [2] - 36:20, 46:19
**swab** [1] - 26:23
**swabbed** [1] - 25:22
**swabs** [1] - 27:7
**switching** [1] - 51:15
**sworn** [5] - 6:16, 6:17, 6:24, 68:5, 69:15
**symptoms** [2] - 29:1, 29:13
**system** [1] - 72:22

## T

**table** [1] - 25:12
**tailor** [1] - 16:17
**talkative** [1] - 21:25
**talks** [1] - 5:11
**teach** [1] - 8:11
**teaching** [1] - 8:11
**tear** [1] - 15:5
**tearing** [4] - 14:1, 15:3, 15:4, 52:15
**technicians** [1] - 50:24
**technique** [1] - 34:11
**tend** [2] - 23:1, 42:25
**tender** [8] - 12:17, 12:20, 12:21, 28:3, 34:1, 34:2, 34:4, 42:12
**termed** [1] - 25:21
**terms** [1] - 21:9
**testified** [6] - 6:25, 9:2, 9:5, 9:7, 10:8, 24:20
**testify** [13] - 5:1, 9:9, 60:19, 61:11, 61:15, 61:17, 61:18, 61:24, 62:3, 62:22, 62:23, 62:25
**testifying** [3] - 16:15, 61:16, 62:19
**testimony** [4] - 16:18, 58:6, 58:11, 60:21
**THE** [139] - 1:1, 1:2,

1:3, 1:13, 4:3, 4:12, 4:14, 4:19, 4:24, 5:4, 5:10, 5:16, 5:25, 6:8, 6:11, 6:14, 6:18, 17:16, 17:19, 21:23, 21:24, 30:22, 30:24, 31:2, 31:8, 31:10, 34:16, 35:15, 35:20, 36:16, 36:19, 36:23, 37:11, 37:17, 37:22, 38:1, 38:25, 39:20, 39:22, 40:2, 43:15, 45:11, 45:22, 45:25, 46:2, 46:3, 46:14, 46:19, 49:21, 51:14, 51:17, 51:18, 52:3, 52:5, 52:6, 52:7, 53:21, 53:25, 54:4, 54:12, 54:15, 54:22, 54:25, 55:2, 55:8, 55:11, 56:10, 57:22, 57:25, 58:2, 58:4, 58:5, 58:7, 58:8, 58:13, 58:15, 58:19, 59:8, 59:16, 60:2, 60:5, 61:3, 61:13, 61:25, 62:1, 62:2, 62:4, 62:5, 62:7, 62:8, 62:9, 62:16, 62:20, 62:21, 62:23, 62:24, 63:1, 63:11, 63:20, 65:9, 65:11, 65:16, 65:24, 66:2, 66:5, 66:8, 66:12, 66:16, 66:24, 68:6, 68:9, 68:11, 69:1, 69:7, 69:8, 69:13, 69:24, 69:25, 70:3, 70:12, 70:15, 70:18, 70:21, 70:24, 71:2, 71:5, 71:8, 71:11, 71:14, 71:17, 71:20, 71:23, 73:14, 73:25, 74:11, 74:17, 75:1, 75:4
themselves [6] - 42:25, 43:4, 43:21, 43:22, 44:2, 44:9
therein [1] - 69:14
thinks [2] - 61:17, 61:19
third [1] - 62:12
THOMAS [1] - 2:3
thousandths [2] - 54:23, 55:2
three [5] - 13:6, 54:25, 56:14, 57:12, 60:10
tightly [2] - 24:3, 29:18
tiny [1] - 45:18

tissue [26] - 12:11, 12:13, 12:20, 14:1, 14:15, 14:24, 15:3, 15:4, 15:5, 15:6, 15:10, 26:20, 27:16, 27:25, 28:12, 29:17, 29:23, 31:21, 32:12, 32:18, 33:17, 33:18, 34:2, 40:25
tissues [5] - 29:17, 29:19, 29:22, 40:14, 54:10
today [5] - 4:10, 9:12, 16:18, 19:23, 61:11
Todd [7] - 58:24, 64:9, 65:2, 67:10, 68:17, 69:10, 73:10
toe [1] - 25:16
together [5] - 28:12, 28:14, 33:4, 49:16, 64:14
toluidine [8] - 26:17, 27:11, 27:24, 40:13, 40:16, 40:18, 40:19, 55:22
took [1] - 13:17
top [10] - 28:15, 31:22, 45:16, 54:8, 55:24, 56:3, 56:17, 56:21, 67:11, 70:8
touch [5] - 12:21, 26:23, 27:7, 28:3, 42:23
touched [3] - 12:19, 20:13, 27:9
touching [1] - 11:13
tough [1] - 12:15
toward [1] - 17:4
tract [1] - 52:22
trained [1] - 12:2
training [9] - 8:2, 9:20, 10:21, 10:23, 12:2, 24:5, 42:24, 43:6, 50:10
transcribed [2] - 63:7, 68:4
TRANSCRIPT [1] - 1:16
transcript [1] - 76:9
transection [1] - 13:25
transferring [1] - 42:19
trauma [6] - 7:15, 14:2, 29:16, 39:13
traumatize [1] - 25:13
treat [1] - 50:13
treatment [1] - 19:18
tree [1] - 30:6
trial [1] - 74:2
TRIAL [1] - 1:17

tried [1] - 24:1
true [1] - 76:8
truly [1] - 72:20
try [6] - 11:17, 21:12, 23:1, 23:17, 25:12, 50:24
Tucson [1] - 7:11
turn [1] - 33:15
turned [1] - 72:18
turning [1] - 55:8
turtleneck [1] - 32:13
TV [1] - 55:8
two [8] - 28:11, 28:14, 32:8, 33:4, 33:11, 37:1, 60:11, 73:9
type [2] - 18:22, 40:24
types [1] - 8:16

U

uncomfortable [1] - 42:17
unconscious [1] - 50:23
under [8] - 21:20, 44:18, 46:5, 48:7, 59:19, 59:20, 69:19
undergarments [2] - 41:8, 41:25
underlying [1] - 28:16
underneath [1] - 31:21
underpants [5] - 42:2, 42:7, 42:15, 42:19, 42:20
understood [1] - 43:25
underwear [4] - 41:20, 44:23, 44:24
undress [1] - 25:11
United [1] - 8:8
unless [2] - 29:18, 74:19
unlike [1] - 11:16
unquote [1] - 24:4
unusual [1] - 28:10
up [34] - 5:8, 6:19, 21:11, 24:4, 25:11, 28:23, 29:18, 30:15, 31:2, 31:8, 31:16, 33:7, 35:3, 36:16, 37:23, 40:15, 40:17, 41:10, 42:15, 44:23, 46:14, 53:22, 55:5, 55:6, 55:22, 56:14, 57:20, 59:4, 63:4, 63:24, 64:6, 64:8, 64:9, 73:3
upper [2] - 36:7, 45:16
uptake [3] - 27:25,

55:20, 55:21
urethra [1] - 32:19
urge [1] - 63:18
urinary [1] - 52:21
urinated [2] - 25:2, 27:11
urine [1] - 32:19
utilizing [1] - 34:11

V

vacated [4] - 72:2, 73:16, 74:6, 74:7
vaginal [3] - 17:3, 32:11, 32:18
value [1] - 13:13
verbal [3] - 19:9, 25:10, 53:14
verbalized [1] - 27:10
Verdict [1] - 60:14
verdict [21] - 67:20, 68:20, 69:5, 69:9, 69:12, 69:14, 69:23, 70:6, 70:13, 70:16, 70:19, 70:22, 70:25, 71:3, 71:6, 71:9, 71:12, 71:15, 71:18, 71:21, 71:25
verify [1] - 57:18
vertical [1] - 36:11
victim [2] - 5:9, 69:19
viewing [2] - 41:5, 57:1
vinegar [1] - 27:14
visualization [1] - 26:12
vital [1] - 25:5
voided [1] - 25:2
Voir [1] - 3:6
voir [4] - 35:18, 35:22, 36:21, 63:25
VOIR [1] - 36:1
vs [1] - 1:5
vulva [12] - 17:3, 26:6, 30:12, 31:14, 33:8, 33:10, 33:19, 33:22, 59:22, 59:23, 60:1, 60:12

W

W-I-L-H-E-L-M-I [1] - 17:15
wait [3] - 26:18, 60:21, 64:24
waiting [2] - 25:4, 67:24
wander [3] - 5:18, 64:25, 65:4
wants [1] - 74:15

wash [1] - 40:22
washed [1] - 41:1
week [2] - 72:16, 72:17
WELCH [2] - 3:5, 6:23
Welch [7] - 6:13, 7:6, 36:3, 37:20, 43:14, 50:3, 55:14
welcome [4] - 6:3, 65:1, 67:2, 74:18
WELLNER [3] - 1:21, 76:7, 76:15
what'll [1] - 64:16
WHEELER [1] - 73:24
wider [1] - 56:5
width [1] - 55:17
wiggle [1] - 11:18
WILHELMI [1] - 17:14
window [2] - 13:19, 13:23
wings [5] - 31:18, 31:23, 32:1, 32:4, 32:9
wiped [1] - 25:3
wire [4] - 44:19, 52:13, 52:14, 53:3
Wisconsin [1] - 8:3
wish [2] - 61:16, 72:4
WITNESS [13] - 3:4, 17:19, 21:24, 31:10, 46:2, 52:6, 54:4, 54:15, 54:25, 58:4, 58:7, 58:13, 76:12
Witness [1] - 58:14
witness [12] - 4:10, 6:17, 6:24, 8:25, 9:7, 9:9, 17:17, 31:4, 36:23, 45:13, 57:23, 58:10
witnesses [2] - 58:16, 58:17
word [3] - 11:22, 21:6, 30:14
words [4] - 20:19, 23:24, 44:23, 47:25
wounds [1] - 13:4
write [3] - 23:2, 74:5
writer [1] - 27:6
writing [4] - 47:21, 47:23, 74:15, 74:18
wrote [2] - 47:6, 49:16

Y

year [2] - 19:4, 22:5
years [6] - 8:9, 14:18, 18:13, 43:2, 43:6, 69:19
young [2] - 11:19, 44:15

**yourself** [2] - 7:5, 59:3

## Z

**zoom** [1] - 38:7